

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

**TERRY NAFISI**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501

Date: September 17, 2012

To: Orly Taitz

Address: Orly Taitz Law Offices
29839 Santa Margarita Pkwy Suite 100 Rancho Santa Margarita, CA 92688

Case title and number: Keith Judd et al v. Barack Obama et al
8:12-cv-01507-JST-JPR

Dear: Ms. Taitz:

It has come to my attention that the summons for the case referred to above was improperly issued by the Clerk's Office.

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the United States or an officer or agency thereof shall have sixty (60) days after service of the complaint to answer or respond. Therefore, this letter is to formally advise you that although a twenty one (21) day summons was improperly issued, the defendant (s) in this action that are United States agencies or officers thereof are entitled to sixty (60) days after service of the complaint to answer or respond.

If you have any questions, please do not hesitate to contact the Clerk's Office.

Sincerely,

**DODJIE LAGMAN**

Clerk, U. S. DISTRICT COURT
Civil Intake

cc: *Roger West, AUSA Civil*
   *Supervisor:*

---

G-116 (01/10)                              SUMMONS LETTER