# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 12-1507 DOC (ANx)                    Date: September 21, 2012

Title: KEITH JUDD ET AL. V. BARACK OBAMA ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS): ORDER REQUIRING PLAINTIFFS TO FILE AN ELECTRONIC
COPY OF THEIR NOTICE OF REMOVAL (Dkt. 1),
PURSUANT TO LOCAL RULE 3-2, BY SEPTEMBER 25, 2012

The Court hereby ORDERS Plaintiffs to file **by September 25, 2012,** an electronic copy of the "Notice of Removal from Orange County Superior Court, case number 30-2012-00582135 with conformed copy of Affidavit of Elections Challenge" (Dkt. 1) that Plaintiffs filed manually on September 10, 2012.  The .PDF files that Plaintiffs submitted via e-mail do not match the manual filing.

As Local Rule 3-2 states:

"All Claim-Initiating Documents and simultaneously filed emergency-relief documents shall also be submitted in electronic form (PDF format only) by close of business the following business day [after filing in paper format]. . . . Attorneys who fail to timely e-mail PDF copies of these documents shall be subject to such sanctions as may be imposed by the Court."

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11 DOC                         Initials of Deputy Clerk: jcb
CIVIL - GEN                                 Page 1 of 1