Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

## U.S. DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION
### FIRST AMENDED COMPLAINT
### REMOVED FROM THE SUPERIOR COURT OF
CALIFORNIA CASE 30-2012-00582135 originally captioned as Taitz v Obama, Feinstein, Emken et al

| | |
|---|---|
| Keith Judd et al | ) Case No.: 12-cv-1507 |
| | ) |
| | ) Hon Judge David O. Carter |
| | ) |
| Plaintiffs, | ) PRESIDING |
| | ) |
| | ) |
| v. | ) |
| Barack Obama et al | ) |
| | |
| Defendants | |

_____

Judd v ..... Complaint - i

## RESPONSE TO ORDER OF THE COURT

Per order by the court Plaintiffs file a notice of removal filed in the Superior Court of CA with Judge Sanders. (Exhibit 1) Please, note the pleadings were downloaded from the web site of the Superior court of CA and contain the stamp of the Superior Court and markings and crossed lines made by the clerk of the Superior court.

/s/ Orly Taitz, ESQ

09.21.2012