Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 28 2012

ALAN CARLSON, Clerk of the Court

IN THE U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION   State Court

Case No.: 30-2012-00582134
Notice of Removal
C17

~~Keith Judd,~~
Orly Taitz,
~~Thomas G. MacLeran,~~
~~Leah Lax,~~
David Farrar
~~Larry Rappaport,~~
~~Lucien Vita~~
~~Carol Vita~~

Plaintiffs,

v.

BARACK OBAMA, ET AL.

Defendants

~~First amended complaint~~ FOR:

1) FRAUD
2) ELECTIONS FRAUD
3) NEGLIGENCE
4) BREACH OF FIDUCIARY DUTY
5) NEGLIGENCE
6) DEFAMATION
7) RICO predicate crimes: FRAUD, AIDING AND ABETTING FORGERY AND FORGED DOCUMENTS TO COMMIT ELECTIONS FRAUD, RACKETEERING
8) IIED
DEFAMATION OF CHARACTER
7TH AMENDEMENT JURY REQUESTED
(CASE REMOVED FROM THE STATE SUPERIOR COURT)

# NOTICE OF REMOVAL

TO:

Barack Hussein Obama
1600 Pennsylvania Avenue NW
Washington, DC 20500

Natalie E. Tennant,
Bldg. 1, Suite-157K,
1900 Kanawha Blvd. E.
Charleston, WV 25305

Debra Bowen
 1500 11th Street,
 Sacramento, CA 95814

Brian P. Kemp
214 State Capitol,
Atlanta, GA 30334

 William M. Gardner
 State House Room 204,
Concord, NH 03301
Dean C. Logan
12400 Imperial Highway,
Norwalk, California 90650

Nancy Pelosi
Democratic Party Headquarters,
430 South Capitol St. SE,
 Washington DC, 20003

Michael Astrue
Social Security Administration,
6401 Security Blvd.
Baltimore, MD 21235

William A. Chatfield
1517 Bonham Ct.
Irving, TX 75038

Alvin Onaka
State of Hawaii, Department of Health
PO Box 3378
Honolulu, HI 96801

Janet Napolitano
U.S. Department of Homeland Security,
Washington, D.C. 20528

Eric Holder
U.S. Department of Justice,
950 Pennsylvania Avenue, NW
Washington, DC 20530

Brian Schatz
1050 Ala Monana Blvd. #2660,
Honolulu, HI 96814

Lynne Matusow
1050 Ala Monana Blvd. #2660,
Honolulu, HI 96814

Ballot Law Commission of State of New Hampshire
107 North Main Street,
State House, Room 204,
Concord, N.H. 03301

Board of directors of California Republican party
1903 W. Magnolia Blvd.,
Burbank, CA 91506

Elizabeth Emken
PO Box 81
Danville, CA 94526

Dianne Feinstein
One Post Street, Suite 2450
San Francisco, CA 94104

Clay D. Land
Middle District of Georgia,
PO Box 2017,
Columbus, GA 31902

John Avlon
The Daily Beast,
7 Hanover Sq.
New York, NY, 10004

Chris Matthews,
MSNBC, One Microsoft Way,
Redmond, WA 98052

MSNBC,
MSNBC, One Microsoft Way,
Redmond, WA 98052.

KFI AM 640
3400 W Olive Ave Ste 550,
Burbank CA 91505

JOHN & KEN SHOW
3400 W Olive Ave Ste 550,
Burbank CA 91505

John Kobelt
3400 W Olive Ave Ste 550,
Burbank CA 91505

Forbes magazine
60 Fifth Avenue,
New York, N.Y. 10011

Kevin Underhill
60 Fifth Avenue,
New York, N.Y. 10011

Obama for America
P.O. Box 803638,
Chicago, IL, 60680

Patrick R. Donahoe
475 L'Enfant Plaza SW.
Washington DC 20260

1. Pursuant to 28 U.S.C. §1331, §1441 and §1332 (a), Plaintiff gives notice of removal of the above captioned Complaint to the United States District Court for the Central District of California, Southern Division. The Complaint was originally served by the Plaintiffs in the Superior Court of California, County of Orange in action styled Dr. Orly Taitz v. Obama, et.al; Cause No. 30-2012-00582135.

### Federal Question Jurisdiction

2. This Court has jurisdiction over this case pursuant to 28 U.S.C. §1331, and this case is properly removable under 28 U.S.C. §1441, as the Complaint alleges claims based on federal law, including violation of federal RICO statutes, 18 U.S.C. §1961 et seq., based on alleged predicate acts constituting alleged violations of various federal laws, and other claims requiring interpretation of the Constitution and other federal laws.

3. This Court has supplemental jurisdiction over any and all purported state law claims alleged in the Complaint under 28 U.S.C. §1367.

4. In addition removal of this case is proper because: (1) One or more Plaintiffs are citizens of a State different from a one or more Defendants; and (2) the amount in controversy is to be determined but exceeds $75,000. 28 U.S.C. § 1332(a).

5. At the time of filing of the First Amended Complaint and at the time of removal of this action, Plaintiffs Rappaport, and Vita are citizens of New Hampshire.

6. At the time of filing of the First Amended Complaint and at the time of removal of this action, one or more of the Defendants are citizens of states other than New Hampshire.

7. Plaintiffs assert claims for fraud, elections fraud, breach of fiduciary duty, negligence, RICO, and defamation. Plaintiffs seek actual, consequential and punitive damages, as well as attorney's fees. The claims of all Plaintiffs are aggregated to determine the amount in controversy but will exceed $75,000.

8. This Notice of Removal is being filed with the Clerk of the District Court of California, Central District, Southern Division and is being served on all Defendants.

WHEREFORE, Plaintiffs hereby remove this action from the Superior Court of California, to the United States District Court for the Central District of California, Southern Division.

Date _08/21/2012_

/s/ Dr. Orly Taitz ESQ
Counsel for the Plaintiffs
CA Bar 223433