# DENIED
BY ORDER OF THE COURT
**DAVID O. CARTER**

**U.S. DISTRICT JUDGE**

**9/25/12**

**US DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUDD ET AL** ) | CASE# SACV 12-1507 DOC(ANx) |
| **V** ) | HONORABLE DAVID O. CARTER |
| **PRESIDING** ) | |
| **OBAMA ET AL** ) | |

## ORDER

ON 09.22. 2012 plaintiffs filed EX-PARTE MOTION FOR LEAVE OF COURT TO HAVE AN EMERGENCY MOTION FOR STAY HEARD EX/PARTE OR ON A SHORTENED RESPONSE SCHEDULE

*Ex parte* relief should be granted if the evidence shows "that the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures." *Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

Case at hand deals with alleged invalid votes, invalid voter registrations, voting irregularities and elections fraud. Plaintiffs are candidates in 2012 election, State Representatives and voters. They argue that due to the proximity to the upcoming November 6 election they would be irreparably prejudiced if the case is not heard expeditiously.

The court agrees and sets the following schedule:

1

1. Plaintiffs are ordered to submits their motion for Preliminary injunction by _____
2. Defendants are ordered to answer by _____
3. Plaintiffs are ordered to submit their reply by_____
4. Oral argument is scheduled for _____
5. Motion for Ex Parte/ or to expedite is GRANTED. So ORDERED.
6. _____
7. US District Judge David O. Carter
8. Dated_____

2