**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clear Channel
   Communications
   200 East Basse Rd
   San Antonio, TX
   78209

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Linda_        ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Stacy                          07/17/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7011 2000 0001 5537 6042

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elizabeth Emken
   P.O. Box 81
   Danville, CA
   94526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____    ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7012 0470 0000 5943 0529

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   "Obama for America"
   P.O Box 803638
   Chicago IL 60680

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X D.B.              ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   D. Beth

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7012 0470 0000 5943 0499

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brian Kemp
   Secretary of States
   of GA
   214 State Capitol
   Atlanta, GA 30334

2. Article Number (Transfer from service label): 7012 0470 0000 5943 0574

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] — ☐ Agent ☑ Addressee
- B. Received by (Printed Name): Stephanie
- C. Date of Delivery: 9/18/12
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Board of Directors
   of the California
   Republican Party
   1215 K Street #1220
   Sacramento, CA 95814

2. Article Number (Transfer from service label): 7012 0470 0000 5943 0598

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Corey Weinberg
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General
   of West Virginia
   State Capitol Complex
   Building Room E-26
   Charleston, WV 25305

2. Article Number: 7012 0470 0000 5943 05??

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Kathy L. Thompson — ☑ Agent ☐ Addressee
- B. Received by (Printed Name):
- C. Date of Delivery: SEP 17 2012
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dean Logan
Registrar Los Angeles County
12400 Imperial Hwy
Norwalk, Ca 90650

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9/17/12

D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

REGISTRAR-RECORDER / COUNTY CLERK
RECEIVED BY: MAIL CENTER

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7011 2000 0001 5537 6035

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DNC
430 S. Capitol St
SE Washington
DC 20003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☒ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9-17-12

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7011 2000 0001 5537 6073

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sam Olens
Attorney General
of Georgia
40 Capitol Square

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☒ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9-18-12

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

**Receipt 1**

SENDER: COMPLETE THIS SECTION / COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: Melanie Barker — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: SEP 17 2012

1. Article Addressed to:
Attorney General of NH
33 Capitol St
Concord, NH 03301

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service): 7012 0470 0000 5943 0550

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Receipt 2**

SENDER: COMPLETE THIS SECTION / COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X — ☐ Agent ☐ Addressee
B. Received by (Printed Name): S. Smith
C. Date of Delivery: 09/17/12

1. Article Addressed to:
Diane Feinstein
One Post St
Ste 2450
San Francisco, CA 94104

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☒ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7012 0470 0000 5943 0543

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Receipt 3**

SENDER: COMPLETE THIS SECTION / COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: SEP 17 2012

1. Article Addressed to:
Attorney General
office Kamala Harris
P.O. Box 94425
Sacramento, CA 94244

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

**Receipt 1** (7012 0470 0000 5053 3021)
- Postmark: 9-15-12
- Sent To: Attorney General Cheatka (?)
- Street: 425 Queen St
- City: Honolulu, HI 96813

**Receipt 2** (7012 0470 0000 5943 0895)
- Postmark: 9-17
- Sent To: NBC Legal dept
- Street: 30 Rockefeller Plaza
- City: New York, NY 10111

**Receipt 3** (7012 0470 0000 5943 0536)
- Postmark: 9/13-12
- Sent To: Attorney General of Virginia, State Capitol Complex, Building 1 Room E-26
- City: Charleston, WV 25305

**Receipt 4** (7012 0470 0000 5943 0529)
- Postmark: 9/13
- Sent To: Elizabeth Emken
- Street: PO Box 81
- City: Danville, CA 94526

**Receipt 5** (7012 0470 0000 5943 0550)
- Postmark: 9/13-12
- Sent To: Attorney General
- Street: 33 Capitol St
- City: Concord, NH 03301

**Receipt 6** (7012 0470 0000 5943 0550)
- Postmark: 9/13-12
- Sent To: Reece Feinstein (?)
- Street: Post No He 2450 (?)
- City: San Francisco CA 94105

Six U.S. Postal Service Certified Mail Receipts:

1. Tracking: 7012 0470 0000 5943 0574
   Postmark: 9-13-12
   Sent To: Brian Kemp, Secretary
   Address: State of GA, 214 State Capitol
   Atlanta, GA 30334

2. Tracking: 7012 0470 0000 5943 0567
   Postmark: 9-13-12
   Sent To: Sam Olens, Attorney General of GA
   Address: 40 Capitol Square SW
   Atlanta, GA 30334

3. Tracking: 7011 2000 0001 5536 2149
   Sent To: Attorney General
   Address: Kamala Harris, PO Box 944255
   Sacramento, CA 94244-2550

4. Tracking: 7012 0470 0000 5943 0581
   Postmark: 9-13-12
   Sent To: Barack Hussein Obama
   Address: 1600 Pennsylvania Ave
   Washington DC 20001

5. Tracking: 7011 2000 0001 5537 6066
   Postmark: 9/15-12
   Sent To: Obama for America
   Address: PO Box 803638
   Chicago, IL 60680

6. Tracking: 7011 2000 0001 5537 6073
   Postmark: 9-15-12
   Sent To: DNC
   Address: 430 S. Capitol
   Washington DC 20003

**Receipt 1** (7011 2000 0001 5537 6035)
Postmark: 9-15-12
Sent To: Dean Logan Registrar, Los Angeles County, 12400 Imperial Hwy, Norwalk, CA 90650

**Receipt 2** (7011 2000 0001 5537 6059)
Postmark: 9/15-12
Sent To: CNN, PO Box 105366, CNN Center, Atlanta, GA 30348

**Receipt 3** (7011 2000 0001 5537 6042)
Postmark: 9-15-12
Sent To: Clear Channel Communications, 200 East Basse Rd

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CNN
   P.O. Box 105366
   One CNN Center
   Atlanta, GA
   30348

2. Article Number (Transfer from service label): 7011 2000 0001 5537 6059

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X DES SMITH — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Democratic Party of HI
   1050 Ala. Moana Blvd.
   Ste D26
   Honolulu, HI
   HI 96814

2. Article Number: 7012 0470 0000 5943 0901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X D Hartmann — ☑ Agent ☐ Addressee
B. Received by (Printed Name): D. Hartmann
C. Date of Delivery: 9/21/12
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Attorney General
   of HI
   425 Queen Street
   Honolulu HI
   96813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X — ☐ Agent ☐ Addressee
B. Received by (Printed Name): A. Hunter
C. Date of Delivery: SEP 2 0 2012
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Art[icle Number]: 7012 0470 0000 5537 3031

**Receipt 1** (7012 0470 0000 5943 0598)
- Postmark: 9-19-12
- Sent To: Daily Beast CCC
- Street: Hanover S+
- City: New York, NY 10004

**Receipt 2** (7012 0470 0000 5943 0598)
- Postmark: 9-18-12
- Sent To: Board of Directors / California Republican
- Street: 1215 K Street ste 12
- City: Sacramento, CA 95814

**Receipt 3** (7012 0470 0000 5943 0512)
- Postmark: 9/4/12
- Sent To: Office of the Attorney General / Kate Shelby
- Street: 302 West Washington Street
- City: Indianapolis, IN 46204

**Receipt 4** (7012 0470 0000 5943 0888)
- Postmark: 9-15-12
- Sent To: Forbes Magazine
- Street: 5th Ave
- City: New York, NY 10011

**Receipt 5** (7012 0470 0000 5943 0642)
- Postmark: 9/5/12
- Sent To: Amos Brown / Indy Indc
- Street: 302 West Washington
- City: Indianapolis, IN

**Receipt 6** (7012 0470 0000 5943 0604)
- Postmark: 9-18-12
- Sent To: Democratic Party / HI 1050
- Street: Ala Moana Blvd ste 026
- City: Honolulu, HI 96814