Name & Address:
Dr. Orly Taitz, ESQ
29839 Santa Margarita ste 100
Rancho Santa Margarita, CA 92688
Phone 949-683-4311 fax 949-766-7603

**RECEIVED**
SEP 11, 2012
U.S. ATTORNEY
SANTA ANA
SM Stephanie Martinez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Keith Judd,
Orly Taitz,
Thomas G. MacLeran,
see attached
             PLAINTIFF(S)
v.

Barack Obama,
in his capacity as a candidate on the ballot for the US President in 2012 election
See attached
             DEFENDANT(S).

CASE NUMBER

SACV12-1507 JST/JPR

**SUMMONS**

TO:    DEFENDANT(S):

     A lawsuit has been filed against you.

     Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Orly Taitz, ESQ_____, whose address is _29839 Santa Margarita ste 100, Rancho Santa Margarita, CA 92688_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 09.11.2012

By: **DODJIE LAGMAN**
       Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

---

CV-01A (10/11)                     **SUMMONS**

Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

## U.S. DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION
FIRST AMENDED COMPLAINT
REMOVED FROM THE SUPERIOR COURT OF
CALIFORNIA CASE 30-2012-00582135 originally captioned as Taitz v Obama, Feinstein, Emken et al

SACV12 - 1507 JST (JPRx)

Keith Judd,
Orly Taitz,
Thomas G. MacLeran,
Leah Lax,
David Farrar
Larry Rappaport,
Lucien Vita
Carol Vita

Plaintiffs,

v.

BARACK OBAMA, IN HIS CAPACITY AS A CANDIDATE ON THE BALLOT FOR THE US PRESIDENT IN 2012 ELECTION
NATALIE E. TENNANT, in her capacity of West Virginia Secretary of State;
DEBRA BOWEN, in her capacity of California Secretary of State;

Case No.: Notice of Removal
~~First amended complaint~~ FOR: Or

1) FRAUD
2) ELECTIONS FRAUD
3) NEGLIGENCE
4) BREACH OF FIDUCIARY DUTY
5) NEGLIGENCE
6) DEFAMATION
7) RICO predicate crimes: FRAUD, AIDING AND ABETTING FORGERY AND FORGED DOCUMENTS TO COMMIT ELECTIONS FRAUD, RAKETEERING
8) IIED
DEFAMATION OF CHARACTER
7TH AMENDEMENT JURY REQUESTED
(CASE REMOVED FROM THE STATE SUPERIOR COURT)