Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| Judd et al | ) | case 12-cv-1507 |
| v | ) | Honorable Judge Carter Presiding |
| Obama et al | ) | |

Administrative Motion to correct record is filed in conjunction with a Motion for STAY and Expedite

Argument

1. Plaintiffs by and through their attorney request to correct the record on the following. The court sua sponte made an entry in the record of the case changing the schedule for return of summons from 21 days to 60 days, which is the return schedule for the federal employees. Plaintiffs request a correction noting that only federal employees has 60 days to respond, the rest of the plaintiffs have only 21 days to respond. Federal employees are Donohue, Astrue, Holder, Napolitano and possibly Chatfield, who is retired from the federal government, but is sued in relation to his work, as an employee of the federal government. The other 24 named defendants have to file an answer within 21 days. This is particularly

important as this is an elections case, 2012 election is only one month away and the time is of the essence.

2. Plaintiffs would like to correct mischaracterization of the case. This case is a new legal challenge. Out of 30 named defendants, 27 defendants are new defendants. 3 defendants: Feinstein, Emken and Obama are being currently sued in the Superior court of California. Feinstein, Emken and Obama were sued in elections challenge brought pursuant to California elections code 16100, 16101, 16420-16421 <u>Taitz v Obama et al 30-2012 -00582135</u> Superior Court of CA Judge Sanders. Defendants Emken, Feinstein and Obama were served on July 9, 2012. The original challenge to the Ca Primary election had to be filed in the state court pursuant to 16100-16-101. Defendants did not respond to service and the case management conference is set for October 22 before Honorable judge Sanders. Current case in the federal court is related to the ongoing elections challenge in the California Superior court. Plaintiffs request to correct the docket in noting that this is a new case and in relation to three of the 30 defendants it is related to a case filed in CA Superior court. Plaintiffs request to treat this case as a case challenging the violation of Constitutional rights of the Plaintiffs and relating to the elections challenge filed in the state court. In 2010, a candidate to the U.S. Senate Joe miller has filed and elections challenge and an accompanying case of civil rights violations in the Federal court. In Miller v Campbell 3:10-cv-252 RRB U.S. District Court Judge Ralph Beistline ruled:

```
"...Therefore, for the reasons articulated above and by
Defendants in  their  Motion  to  Dismiss  for  Lack  of
Federal  Question Jurisdiction or in the Alternative to Abstain
at Docket 17, which Plaintiff responded to at Docket 20, this
matter is hereby STAYED so that the parties may bring this
dispute before the appropriate State tribunal. The Court shall
```

retain jurisdiction pursuant to Pullman and will remain available to review any constitutional issues that may exist once the State remedies have been exhausted. In order to ensure that these serious State law issues are resolved prior to certification of the election, the Court hereby conditionally **GRANTS** Plaintiff's motion to enjoin certification of the election. If an action is filed in State Court on or before **November 22, 2010**, the results of this election shall not be certified until the legal issues raised therein have been fully and finally resolved.**IT IS SO ORDERED.**ENTERED this 19th day of November, 2010.S/RALPH R. BEISTLINE UNITED STATES DISTRICT JUDGE". Plaintiffs are seeking a notation by the court stating that this is related case to Taitz v Obama et al 30-2012-00582135.

Conclusion

Administrative motion should be granted. Docket should be corrected, reflecting that non-federal defendants have only 21 days to respond.

Correction should be made reflecting that this is a new case, not a removal case, but it is correlated with the state lections challenge Taitz v Obama et al 30-2012 -00582135 Superior Court of CA Judge Glenda Sanders.

Respectfully submitted

Judd et al v Obama et al Administrative motion to correct docket         3

/s/ Dr. Orly Taitz, ESQ

10.02.2012

Certificate of Service

I, Lila Dubert, not a party to this case, I attest that on 10 02.2012 I served by first class mail all the defendants with the copy of the attached pleadings.

/s/ Lila Dubert

10.02.2012

Proposed order

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Judd et al            )           case 12-cv-1507

v                     )           Honorable Judge Carter Presiding

Obama et al   )

Plaintiffs' 10.02. 2012 administrative motion to correct docket is GRANTED.

_____
U.S. District Court Judge David O. Carter