Certificate of Service

I, Lila Dubert, not a party to this case, I attest that on 10 02.2012 I served by first class mail all the defendants with the copy of the attached pleadings.

/s/ Lila Dubert

10.02.2012