Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Keith Judd et al | ) Case No.: 12-cv-1507 |
| | ) Hon Judge David O. Carter |
| | ) PRESIDING |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| Barack Obama et al | ) |
| | ) |
| Defendants | |

**NOTICE OF LODGING**

**This is to advise that the Exhibit "Videotaped witness testimony and Press conference of Sheriff Arpaio regarding forgery of identification papers of Barack Obama"  which is a DVD, is being lodged with the clerk of the court**

Judd v Obama Notice of Lodging with the clerk of the court of the DVD    1

**/s/ Dr. Orly Taitz ESQ**
**Counsel for the Plaintiffs**
**10.03.2012.**