## CERTIFICATE OF CERVICE

I, Lila Dubert, not a party to this action, attest that I filed by first class mail an exhibit "DVD of witness sworn testimonies and press conference by sheriff Joseph Arpaio attesting to forgery in Obama's published IDs and fraudulently obtained Social security number" to "Motion for STAY" filed electronically on 10.02.2012 to the following parties

## DISTRIBUTION LIST

Alvin Onaka,

Registrar of the Department of Health

State of HI

c/o Jill Nagamine

Deputy Attorney General of HI

425 Queen Street

Honolulu, Hi 96813


Secretary of State of NH

Ballot Law Commission NH

c/o Lynn-Marie Cusack

Deputy Attorney General of NH

33 Capitol Str

Concord, NH 03301


Secretary of State of GA

c/o Sam Olens

Attorney General of Georgia

40 Capitol Squere SW

Atlanta, Ga 30334

Secretary of State of West Virginia

c/o Doren Burrell

Deputy Attorney General of West Virginia

State Capitol Complex

Building #1 Room E-26

Charleston, WV 25305


Barack Hussein Obama

1600 Pennsylvania Ave

Washington,DC


Elizabeth Emken

PO.Box 81

Danville, Ca94526


Diane Fenstein

One Post Str ste 2450

San Francisco,Ca 94104


Secretary of State of CA

c/o Attorney General Kamala Harris

PO.Box. 944255

Sacramento,Ca 94244-2550


Dean Logan

Registrar of Los Angeles County

12400 Imperial H-way

Norwalk,Ca 90650

Clear Chanel Communications

KFI AM 640

John and Ken show

John Kobelt

200 East Basse Rd

San Antonio Tx 78209


CNN

PO.Box.105366

One CNN Center

Atlanta,Ga 30348


Obama for America

c/o Kip Weiscott

Attorney for "Obama for America"

Po. Box.803638

Chicago , IL60680


Alice Germond-Secretary

Democratic National Committee;

Nancy Pelosi Chairwoman of the 2008

National Democratic Convention

430 S Capitol str

SE. Washington, DC 20003


Brian Schatz

Lynn Matusow

Democratic Party of HI

1050 Ala Moana Blv.Ste D26

Honolulu, HI 96814


Chris Mathews;

MSNBC

30 Rockefeller Plaza

New York, Ny 10112


Kevin Underhill;

Forbes Magazine

90 5th Ave

New York, Ny 10011


John Avlon;

Daily Beast CCC

7 Hanover SQ

New York, NY 10004


Board of Directors of the California Republican Party

1215 K Street ste 1220

Sacramento, Ca 95814


Michael Astrue –Commissioner of Social Security

Patrick Donahoe-Postmaster General

William Chatfield- former Director of Selective Service

Eric Holder-Attorney General of the United States

Janet Napolitano-Director of Homeland Security

Judge Clay D. Land

c/o U.S. Attorney for the Central District of California

411 W 4th street

Santa Ana CA 92701

_____

Signed Lila Dubert