Name and address:
Nancy J. Smith, Sr. Asst. Attorney General, NH
Bar # 9085
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire 03301
603-271-3650
nancy.smith@doj.nh.gov

– ORIGINAL –

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Judd, Orly Taitz, et. al.<br><br>Plaintiff(s)<br><br>v.<br><br>Barack Obama, et. al.<br><br>Defendant(s). | CASE NUMBER  SACV 12-cv-1507 DOC (ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Nancy J. Smith__ , of __New Hampshire Dept of Justice, 33 Capitol St, Concord, NH 03301__
       *Applicant's Name*                                                 *Firm Name / Address*

__603-271-3650__                                        __nancy.smith@doj.nh.gov__
   *Telephone Number*                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of Defendants:

__William M. Gardner, NH Secretary of State and the NH Ballot Law Commission__

and the designation of __Richard Rojo, California Bar # 100157__
                                          *Local Counsel Designee /State Bar Number*

of __Office of the Attorney General for the State of California, 300 S. Spring St. Suite 1700, LA , CA 90013__
                                           *Local Counsel Firm / Address*

__(213) 897-2134__                                    __Richard.Rojo@DOJ.CA.GOV__
   *Telephone Number*                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☒ GRANTED

    ☐ DENIED. Fee shall be returned by the Clerk.

    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __10-4-12__                            */s/ David O. Carter*
                                       U. S. District Judge/~~U.S. Magistrate Judge~~

                                       DAVID O. CARTER