Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| Judd et al | ) | case 12-cv-1507 |
| v | ) | Honorable Judge Carter Presiding |
| Obama et al | ) | |

## NOTICE OF PETITION TO THE PANEL FOR MULTIDISTRICT COORDINATION AND CONSOLIDATION OF CASES

Dr. Orly Taitz ESQ, Petitioner herein is notifying Honorable Judge Carter and all parties in this litigation that she filed a petition for Multidistrict coordination and consolidation of cases, which were filed in several jurisdiction, but have in the core the same nucleus of facts dealing with Candidate for President Barack Obama's use of forged IDs and fraudulently obtained Social Security number used to get on the ballot by fraud. Plaintiff has already filed a petition for stay of all the votes for Candidate Obama pending resolution of this case. Plaintiffs believe that the best cause of action will be a stay of certification of all votes for Obama pending consolidation of the cases and adjudication of the issues of elections fraud, Social Security fraud, forgery and other related offenses at a later date upon completion of discovery. Petition is attached herein /s/ Orly Taitz, ESQ  10.07.2012

I, Lila Dubert, am not a party to this case, I am over 18 years old, I attest that I served all the parties in this case on 10.08.2012 with attached pleadings

/s/ Lila Dubert

1008.2012

# FedEx US Airbill (Sender's Copy)

**Date:** 10.07.2012

**1 From:**
- Sender's Name: Orly Taitz
- Phone: 949 683 5411
- Company: Law offices of Orly Taitz
- Address: 29839 Santa Margarita
- City: Rancho Sto. Margarita, State: CA, ZIP: 92688

**Sender's FedEx Account Number:** 8001 2197 6930

**2 Your Internal Billing Reference:** Thurgood Marshall Federal Building

**3 To:**
- Recipient's Name: Judicial Panel on Multidistrict
- Phone: (202) 502 1800
- Company: Litigation
- Address: One Columbus Circle NE
- Room G-255 North
- City: Washington, State: DC, ZIP: 20544-0005

**Form ID No.:** 0200

**4 Express Package Service**
- FedEx Priority Overnight ✓

**5 Packaging**
- FedEx Pak* ✓

**6 Special Handling and Delivery Signature Options**
- No Signature Required ✓
- Does this shipment contain dangerous goods? No ✓

**7 Payment Bill to:** Sender ✓

Tracking: 612