1  JOHN F. KRATTLI, County Counsel
   BRANDI M. MOORE, Senior Deputy County Counsel
2  (SBN 221519) • *bmoore@counsel.lacounty.gov*
   648 Kenneth Hahn Hall of Administration
3  500 West Temple Street
   Los Angeles, California 90012-2713
4  Telephone: (213) 974-1832 · Fax: (213) 617-7182

5  Attorneys for Dean C. Logan in his
   capacity as Los Angeles County Registrar

6

7

8              **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10

11  KEITH JUDD, ORLY TAITZ,              CASE NO. SACV12-01507-DOC (ANx)
    THOMAS G. MACLERAN, LEAH
12  LAX, DAVID FARRAR, LARRY             **REQUEST FOR JUDICIAL NOTICE**
    RAPPAPORT, LUCIEN VITA,
13  CAROL VITA,                          **[Filed Concurrently with Defendant
                                         Dean C. Logan, Los Angeles County
14              Plaintiffs,              Registrar-Recorder/County Clerk's
                                         Notice of Motion & Motion to Dismiss
15         v.                            for Failure to State a Claim;
                                         Memorandum of Points and
16  BARACK OBAMA, IN HIS                 Authorities in Support Thereof]**
    CAPACITY AS A CANDIDATE ON
17  THE BALLOT FOR THE US                DATE:      December 3, 2012
    PRESIDENT IN 2012 ELECTION;          TIME:      8:30 a.m.
18  NATALIE E. TENNANT, in her           PLACE:     Courtroom 9D
    capacity of West Virginia Secretary of
19  State; DEBRA BOWEN, in her
    capacity of California Secretary of   Action Filed:    September 11, 2012
20  State; BRIAN P. KEMP, in his capacity Trial Date:      None
    of Georgia Secretary of State;
21  WILLIAM M. GARDNER, in his
    capacity of New Hampshire Secretary
22  of State; NANCY PELOSI in her
    capacity of the Chairwoman of the 2008
23  Democratic National Convention and
    Signor of the Certificate of Nomination
24  for Candidate for President Obama;
    MICHAEL ASTRUE in his capacity as
25  the Commissioner of SSA; WILLIAM
    A. CHATFIELD In his capacity as
26  former Director of the Selective
    Service; ALVIN ONAKA in his
27  capacity as registrar of the Health
    Department of Hawaii; JANET
28  NAPOLITANO in her capacity as

HOA.922796.1                                     SACV12-01507-DOC (ANx)
REQUEST FOR JUDICIAL NOTICE

1   Secretary of Department of Homeland
    Security; ERIC HOLDER in his
2   capacity as Attorney General of the
    USA; BRIAN SCHATZ in his capacity
3   as 2008 Chairman of the Democratic
    party of Hawaii and Signor of the
4   Certificate for Presidency for Barack
    Obama; LYNN MATUSOW in her
5   capacity as 2008 Secretary of the
    Democratic party of Hawaii and Signor
6   of the Certificate for Presidency for
    Barack Obama; ALICE TRAVIS
7   GERMOND in her capacity as a
    secretary of the 2008 Democratic
8   Nominating Convention; OBAMA FOR
    AMERICA; BALLOT LAW
9   COMMISSION OF STATE OF HEW
    HAMPSHIRE; BOARD OF
10  DIRECTORS OF CALIFORNIA
    REPUBLICAN PARTY; DEAN C.
11  LOGAN in his capacity as Los Angeles
    county registrar; ELIZABETH EMKEN
12  in her capacity as a candidate on the
    ballot; DIANNE FEINSTEIN in her
13  capacity as a candidate on the ballot;
    CLAY D. LAND in his capacity as a
14  Federal Judge, Central District of
    Georgia; JOHN AVLON, in his
15  capacity as a reporter for Daily Beast;
    CHRIS MATTHEWS in his capacity as
16  a host of MSNBC; MSNBC; FORBES
    MAGAZINE; KEVIN UNDERHILL in
17  his capacity as a reporter for FORBES
    MAGAZINE; CLEARCHANNEL
18  COMMUNICATIONS; KFI AM 640;
    JOHN AND KEN SHOW; JOHN
19  KOBELT; PATRICK R. DONAHOE in
    his capacity as Post Master General and
20  Chief Executive Officer of United
    States Postal Service; CNN; JOHN
21  DOES and JANE DOES 1-100,

22                  Defendants.

23

24       Defendant Dean C. Logan, in his capacity as the Los Angeles County

25  Registrar-Recorder/County Clerk, by and through his attorneys, hereby requests that

26  the Court take judicial notice of the following documents pursuant to Federal Rule

27  of Evidence 201 in connection with his Motion to Dismiss for Failure to State a

28  Claim:

HOA.922796.1

REQUEST FOR JUDICIAL NOTICE      -2-                SACV12-01507-DOC (ANx)

1.    Memorandum #09173 issued on November 3, 2009 by Debra Bowen, California Secretary of State ("SOS"), to all County Clerks/Registrars of Voters entitled Voter Registration: Use of National Mail Voter Registration Form, a true and correct copy of which is attached hereto as Exhibit A, and which is publicly and readily available on the SOS website at:

http://www.sos.ca.gov/elections/ccrov/pdf/2009/november/09173cbm.pdf

2.    The National Voter Registration Act (NVRA) California NVRA Manual (2011 Revision), Chapter 8 entitled The National Mail Voter Registration Form, issued by the SOS, a true and correct copy of which is attached hereto as Exhibit B, and which is publicly and readily available on the SOS website at:

http://www.sos.ca.gov/elections/nvra/laws-standards/nvra-manual.htm

3.    The National Voter Registration Form and Guide, a true and correct copy of which is attached hereto as Exhibit C, and which is publicly and readily available on the United Stated Election Assistance Commission website at:

http://www.eac.gov/assets/1/Documents/Federal%20Voter%20Registration_1209_en8242012.pdf

DATED:  October 9, 2012                    Respectfully submitted,

                                            JOHN F. KRATTLI
                                            County Counsel


                                   By    /s/ BRANDI M. MOORE
                                            BRANDI M. MOORE
                                            Senior Deputy County Counsel

                                            Attorneys for Dean C. Logan in his capacity
                                            as Los Angeles County Registrar

# EXHIBIT A

**DEBRA BOWEN** | SECRETARY OF STATE
STATE OF CALIFORNIA | ELECTIONS
1500 11th Street, 5th Floor | Sacramento, CA 95814 | Tel (916) 657-2166 | Fax (916) 653-3214 | www.sos.ca.gov

November 3, 2009

County Clerk/Registrar of Voters (CC/ROV) Memorandum #09173

TO:        All County Clerks/Registrars of Voters

FROM:      Cathy Mitchell
           Chief of Elections

RE:        Voter Registration: Use of National Mail Voter Registration Form

After posting a program on the Secretary of State's website that allows voters to more easily fill out the National Mail Voter Registration Form (National Form), two questions have arisen.

The first is why the National Form, not the state voter registration form, is posted on the Secretary of State's website.

The second is whether county elections officials need to obtain a registrant's U.S. state or foreign country of birth before officially registering to vote anyone who used the National Form to register.

<u>Using The National Form, Not The State Voter Registration Form</u>

Current state law and regulations specify how a state voter registration form must be constructed. Specifically, Elections Code section 2157 requires the state voter registration form to:

- o   Be included on one part of a multipart card that is perforated
- o   Contain a serial number
- o   Use multiple type sizes and colors of ink
- o   Have its return postage pre-paid by the Secretary of State

Furthermore, Title 2, California Code of Regulations, section 19056, requires the state voter registration form to be 5" x 8" x .007."

These requirements effectively preclude a state or local elections official from accepting a state voter registration form printed from a website. This is why the Secretary of State does not make the state form available on the Internet and discourages others from making it available on the Internet.

Prior to 2009, the Secretary of State's website did allow a person to fill out a state voter registration form online and have it mailed to them so the person could sign and return it. That program was discontinued for three reasons:

1. It cost approximately $1.64 per form.
2. Many people did not return the form because they mistakenly believed they had registered to vote online and therefore did not need to sign and return the voter registration form.
3. Many people requested the forms too close to the E-15 registration deadline and could not return them by the deadline.

<u>Accepting the National Form: Elections Officials Do Not Need to Determine Registrant's Country or State of Birth</u>

Under California law, when a person submits a <u>state</u> voter registration form, he or she is required to provide either their state of birth (if born in the U.S.) or country of birth (if born outside of the U.S.).

This requirement can be found in two places:

Elections Code section 2150 (a)(6), which states in part:

> (a) The affidavit of registration shall show:
>
> > (6) The state or country of the affiant's birth.

Elections Code section 2157, which states in part:

> (a) Subject to this chapter, the affidavit of registration shall be in a form prescribed by regulations adopted by the Secretary of State. The affidavit shall:
> > (1) Contain the information prescribed in Section 2150.

However, the requirement that a person provide this information to register to vote <u>only</u> applies to someone registering to vote using the <u>state</u> voter registration form that is developed pursuant to <u>state</u> law and regulation. State law <u>does not</u> require a person using the <u>National Form</u> to provide any additional information beyond what is contained on the National Form in order to register.

This is clarified in Elections Code 2162, which reads in part:

> (a) No affidavits of registration other than those provided by the Secretary of State to the county elections officials or the national voter registration forms authorized pursuant to the National Voter Registration Act (42 U.S.C. Sec. 1973gg) shall be used for the registration of voters.

The requirement that state and local elections officials accept the National Form from any person applying to register to vote can be found in the National Voter Registration Act (NVRA), 42 U.S.C. Sec. 1973gg-4 (a), which reads in part:

> (1) Each State shall accept and use the mail voter registration application form prescribed by the Federal Election Commission pursuant to section 1973gg-7(a)(2) of this title for the registration of voters in elections for Federal office.

> (2) In addition to accepting and using the form described in paragraph (1), a State may develop and use a mail voter registration form that meets all of the criteria stated in section 1973gg-7(b) of this title for the registration of voters in elections for Federal office.

So, while (2) permits states to develop their own voter registration forms, (1) requires states to (unless they have been exempted under the NVRA) accept as complete a voter registration application submitted by a person using the National Form.

If you have any questions, please contact me at Cathy.Mitchell@sos.ca.gov or Robbie Anderson at Robbie.Anderson@sos.ca.gov or via telephone at (916) 653-7635.

# EXHIBIT B

# National Voter Registration Act (NVRA)

# California NVRA Manual

**(2011 Revision)**

**California Secretary of State Debra Bowen**

**California NVRA Manual (2011)**

**Table of Contents**

Chapter 1:  Executive Summary .................................................................................. 1

Chapter 2:  Voter Registration at Department of Motor Vehicles (DMV)
            Field Offices ................................................................................... 6

Chapter 3:  Department of Motor Vehicles (DMV) Change of Address System .......... 17

Chapter 4:  NVRA Implementation at Public Assistance and Other
            Voter Registration Agencies ......................................................... 20

Chapter 5:  Voter List Maintenance ........................................................................ 38

Chapter 6:  Provisional Voting ............................................................................... 48

Chapter 7:  Recordkeeping and Reporting Requirements .......................................... 52

Chapter 8:  The National Mail Voter Registration Form ........................................... 58

## Chapter 8

## The National Mail Voter Registration Form

**Table of Contents**

I.      General Information and Background.................................................................59

II.     Use of the National Form .................................................................................59

III     Distribution of National Form to Counties...........................................................60

IV.     Items on the National Mail Voter Registration Form.............................................60

V.      Format and Layout of the National Form.............................................................62

I.      **General Information and Background**

The National Voter Registration Act of 1993 (NVRA) required the Federal Election Commission (FEC) to design a national mail voter registration form (National Form), in consultation with state elections officials. The NVRA also required states to accept voter registrations submitted by mail using the National Form.

In 1994, the FEC created the National Form after consulting with state and county elections officials, social service agencies, and advocacy groups. Since each state has its own voter registration requirements and forms, the FEC took into consideration the various paper sizes, voter information, and voter registration database technologies used in the states in designing the National Form. The National Form is similar to the California Voter Registration Card (VRC) but there are a number of differences detailed below.

The National Form is available on the Secretary of State's website at www.sos.ca.gov/nvrc/fedform/. The National Form can also be printed from the Election Assistance Commission (EAC) website at www.eac.gov. The Secretary of State and county elections offices make available paper copies of the National Form upon request.

The National Form may be used to register to vote in any state. The form includes general instructions as well as state-specific instructions on how to complete the form. Since the United States has no national or federal voter registration system, completed forms are sent to the appropriate county elections office and are processed in the same manner as the state VRC.

II.     **Use of the National Form**

The vast majority of voters continue to use the state VRC to register to vote, and elections officials may continue to encourage use of the state VRC. However, elections officials must make the National Form available upon request and may wish to provide the National Form to organizations targeting outreach efforts to more than one state. Individuals and groups who may prefer to use the National Form include:

- College students who want to register to vote in the state where they permanently reside;
- Political party convention organizers;
- Travelers from out-of-state; and
- Military personnel.

III     **Distribution of National Form to Counties**

The Secretary of State provides both the state VRC and the National Form to counties upon request. However, since the National Form may be downloaded and printed directly from the Secretary of State's website, county elections officials typically only place orders for supplies of the state VRC. The Secretary of State invites each county to place orders for VRC supplies four times a year, at the beginning of each quarter.

IV.     **Items on the National Mail Voter Registration Form**

The form requests the following information:

**Name:**  Last, first, and middle, any suffix – such as "Jr.," and any prefix – such as "Mr." or "Ms."

**Home Address:**   Street address, Apt. Lot #, City/Town, State, Zip Code. The instructions direct applicants not to list a post office box or rural route without a box number. For applicants who live in rural areas or non-traditional homes, the National Form provides a space for people to draw a residence map.

**Mailing address:**  If different from home address.

**Date of Birth:**  Month, day and year of birth.

**Telephone number:**  Optional.

**ID number:**   The California instructions for the National Form require applicants to provide either a California driver license or California identification card number (DL/ID), if the applicant has one, or the last four digits of their social security number, if any.

**Choice of Party:**  Unlike the state VRC, which provides checkboxes for qualified political parties, the National Form simply provides a blank space to fill in the name of a political party. The California instructions for the National Form ask applicants to write the name of a political party, or "decline to state" to indicate no party preference. The California instructions also encourage applicants to contact the Secretary of State at 1-800-345-VOTE or visit www.sos.ca.gov to get a list of qualified political parties and to learn which political parties allow voters with no political party preference to participate in primary elections.

**Race or Ethnic Group:**  Similar to the state VRC, the National Form provides a blank space for applicants to fill in a race or ethnic group. The California instructions for the National Form direct applicants to leave this

field blank, because county elections officials do not enter data from this field into the voter registration database.

**Signature:**

Applicants must sign and date the National Form and affirm that they:

1. Are a United States citizen,
2. Meet state eligibility requirements and subscribe to any state oath required; and
3. Have provided true information to the best of their knowledge under penalty of perjury.

The California instructions for the National Form clarify that to register in California, the applicant must be:

1. A U.S. citizen;
2. A resident of California;
3. At least 18 years old at the next election;
4. Not imprisoned or on parole for a felony conviction; and
5. Not currently judged mentally incompetent by a court.

**Name, address, and phone of anyone who helped the applicant:** If the applicant is unable to sign, the general instructions for the National Form provide a space at the end of the form for the name, address, and phone of the person who helped the applicant complete the form. This information must only be included if the applicant is unable to sign. [Note: Phone number is optional.] By contrast, the state VRC contains a space for the contact information of anyone who assists the applicant in completing *any part* of the VRC, regardless of whether the applicant is able to sign the VRC.

**Change of name:** The National Form provides a space for a prior name, if the form is used for a name change.

**Change of address:** The National Form provides a space for a prior address, if the form is used for an address change.

**Map:** As noted above, the National Form provides a space to draw a residence map for applicants who live in rural areas or non-traditional homes.

While the state VRC requests the additional information below, the National Form does _**not**_ request the following:

- California county

- Foreign country
- U.S. state or foreign country of birth
- Email address
- Vote By Mail Choice
- Request to serve as a poll worker
- Request to provide a location for a polling place
- Language Preference

## V.     Format and Layout of the National Form

The National Form fits onto regular 8.5" × 11" paper and can be printed from the Internet. The form includes General Instructions and specific State Instructions for each state on how to complete the form. Currently, the National Form is available in English, Spanish, Chinese, Japanese, Korean, Tagalog, and Vietnamese. The National Form does not contain a return postage stamp.

By contrast, under current state law and regulations, the state VRC must be printed on paper of a special size and weight and must contain a unique affidavit number. The VRC must also contain a postage paid stamp and return address. These restrictions prevent the state VRC from being printable from the Internet.

Elections officials ***must*** accept copies of the National Form printed from a computer image of the form, as long as the form is completed and signed by the applicant and either hand-delivered or mailed with first class postage.

The Secretary of State has designed a website that gives voter registration applicants two options:

1. Printing a blank National Form, completing it by hand, and mailing it to the Secretary of State; or

2. Completing the National Form online, printing and signing the completed form, and mailing the form to their county elections office. For applicants who choose to complete the National Form online, the Secretary of State's website automatically fills in the county election office on the form, so that form prints with the county elections office address and can be mailed directly to the elections office where the applicant lives.

# EXHIBIT C

# Register To Vote In Your State
## By Using This
## Postcard Form and Guide



# For U.S. Citizens

# General Instructions

## Who Can Use this Application

If you are a U.S. citizen who lives or has an address within the United States, you can use the application in this booklet to:

- Register to vote in your State,
- Report a change of name to your voter registration office,
- Report a change of address to your voter registration office, or
- Register with a political party.

## Exceptions

Please do not use this application if you live outside the United States and its territories and have no home (legal) address in this country, *or* if you are in the military stationed away from home. Use the Federal Postcard Application available to you from military bases, American embassies, or consular offices.

**New Hampshire** town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form.
**North Dakota** does not have voter registration.
**Wyoming** law does not permit mail registration.

## How to Find Out If You Are Eligible to Register to Vote in Your State

Each State has its own laws about who may register and vote. Check the information under your State in the State Instructions. All States require that you be a United States citizen by birth or naturalization to register to vote in federal and State elections. Federal law makes it illegal to falsely claim U.S. citizenship to register to vote in any federal, State, or local election. You **cannot** be registered to vote in more than one place at a time.

## How to Fill Out this Application

Use both the Application Instructions and State Instructions to guide you in filling out the application.

- First, read the Application Instructions. These instructions will give you important information that applies to everyone using this application.
- Next, find your State under the State Instructions. Use these instructions to fill out Boxes 6, 7, and 8. Also refer to these instructions for information about voter eligibility and any oath required for Box 9.

## When to Register to Vote

Each State has its own deadline for registering to vote. Check the deadline for your State on the last page of this booklet.

## How to Submit Your Application

Mail your application to the address listed under your State in the State Instructions. Or, deliver the application in person to your local voter registration office. The States that are required to accept the national form will accept copies of the application printed from the computer image on regular paper stock, signed by the applicant, and mailed in an envelope with the correct postage.

## First Time Voters Who Register by Mail

If you are registering to vote for the first time in your jurisdiction and are mailing this registration application, Federal law requires you to show proof of identification the first time you vote. Proof of identification includes:

- A current and valid photo identification or
- A current utility bill, bank statement, government check, paycheck or government document that shows your name and address.

Voters may be exempt from this requirement if they submit a **COPY** of this identification with their mail in voter registration form. If you wish to submit a **COPY**, please keep the following in mind:

- Your state may have additional identification requirements which may mandate you show identification at the polling place even if you meet the Federal proof of identification.
- Do not submit original documents with this application, only **COPIES**.

---

**If You Were Given this Application in a State Agency or Public Office**

If you have been given this application in a State agency or public office, it is your choice to use the application. If you decide to use this application to register to vote, you can fill it out and leave it with the State agency or public office. The application will be submitted for you. Or, you can take it with you to mail to the address listed under your State in the State Instructions. You also may take it with you to deliver in person to your local voter registration office.

Note: The name and location of the State agency or public office where you received the application will remain confidential. It will not appear on your application. Also, if you decide not to use this application to register to vote, that decision will remain confidential. It will not affect the service you receive from the agency or office.

---

Revised 03/01/2006

# Application Instructions

Before filling out the body of the form, please answer the questions on the top of the form as to whether you are a United States citizen and whether you will be 18 years old on or before Election Day. If you answer no to either of these questions, you may not use this form to register to vote. However, state specific instructions may provide additional information on eligibility to register to vote prior to age 18.

## Box 1 — Name
Put in this box your full name in this order — Last, First, Middle. Do not use nicknames or initials. *Note:* If this application is for a change of name, please tell us in **Box A** *(on the bottom half of the form)* your full name before you changed it.

## Box 2 — Home Address
Put in this box your home address (legal address). Do **not** put your mailing address here if it is different from your home address. Do **not** use a post office box or rural route without a box number. Refer to state-specific instructions for rules regarding use of route numbers.

*Note:* If you were registered before *but* this is the first time you are registering from the address in Box 2, please tell us in **Box B** *(on the bottom half of the form)* the address where you were registered before. Please give us as much of the address as you can remember.

*Also Note:* If you live in a rural area but do not have a street address, *or* if you have no address, please show where you live using the map in **Box C** *(at the bottom of the form).*

## Box 3 — Mailing Address
If you get your mail at an address that is different from the address in Box 2, put your mailing address in this box. If you have no address in Box 2, you **must** write in Box 3 an address where you can be reached by mail.

## Box 4 — Date of Birth
Put in this box your date of birth in this order — Month, Day, Year. *Be careful not to use today's date!*

## Box 5 — Telephone Number
Most States ask for your telephone number in case there are questions about your application. However, you do **not** have to fill in this box.

## Box 6 — ID Number
Federal law requires that states collect from each registrant an identification number. You must refer to your state's specific instructions for item 6 regarding information on what number is acceptable for your state. If you have neither a drivers license nor a social security number, please indicate this on the form and a number will be assigned to you by your state.

## Box 7 — Choice of Party
In some States, you must register with a party if you want to take part in that party's primary election, caucus, or convention. To find out if your State requires this, see item 7 in the instructions under your State.

If you want to register with a party, print in the box the full name of the party of your choice.

If you do **not** want to register with a party, write "no party" or leave the box blank. Do **not** write in the word "independent" if you mean "no party," because this might be confused with the name of a political party in your State. *Note:* If you do not register with a party, you can still vote in general elections and nonpartisan (nonparty) primary elections.

## Box 8 — Race or Ethnic Group
A few States ask for your race or ethnic group, in order to administer the Federal Voting Rights Act. To find out if your State asks for this information, see item 8 in the instructions under your State. If so, put in Box 8 the choice that best describes you from the list below:
- American Indian *or* Alaskan Native
- Asian or Pacific Islander
- Black, *not of* Hispanic Origin
- Hispanic
- Multi-racial
- White, *not of* Hispanic Origin
- Other

## Box 9 — Signature
Review the information in item 9 in the instructions under your State. Before you sign or make your mark, make sure that:

(1) You meet your State's requirements, and
(2) You understand **all** of Box 9.

Finally, sign your **full** name or make your mark, and print today's date in this order — Month, Day, Year. If the applicant is unable to sign, put in **Box D** the name, address, and telephone number (optional) of the person who helped the applicant.

Revised 03/01/2006

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | |
|---|---|
| Are you a citizen of the United States of America?  ☐ Yes  ☐ No<br>Will you be 18 years old on or before election day?  ☐ Yes  ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only. |

**1** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II ☐ Sr ☐ III ☐ IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth ___ Month  Day  Year   **5** Telephone Number (optional)   **6** ID Number – (See item 6 in the instructions for your state) _____

**7** Choice of Party (see item 7 in the instructions for your State)   **8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: ___ Month  Day  Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II ☐ Sr ☐ III ☐ IV

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●
X

NORTH ↑

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

# FOR OFFICIAL USE ONLY

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



Print Application

# Voter Registration Application
**Before completing this form, review the General, Application, and State specific instructions.**

| Are you a citizen of the United States of America? ☐ Yes ☐ No | This space for office use only. |
|---|---|
| Will you be 18 years old on or before election day? ☐ Yes ☐ No | |

If you checked "No" in response to either of these questions, do not complete form.
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

**1** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II ☐ Sr ☐ III ☐ IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth ___ ___ ___ Month Day Year | **5** Telephone Number (optional) | **6** ID Number – (See item 6 in the instructions for your state)

**7** Choice of Party (see item 7 in the instructions for your State) | **8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: ___ / ___ / ___ Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II ☐ Sr ☐ III ☐ IV

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

## FOR OFFICIAL USE ONLY

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



_____

_____

_____

_____

# State Instructions

## Alabama

**Updated: 03-01-2006**

**Registration Deadline —** Voter registration is closed during the ten days preceding an election. Applications must be postmarked or delivered by the eleventh day prior to the election.

**6. ID Number.** Your social security number is requested (by authority of the Alabama Supreme Court, 17-4-122).

**7. Choice of Party.** Optional: You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** You are required to fill in this box; however, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Alabama you must:
• be a citizen of the United States
• be a resident of Alabama and your county at the time of registration
• be 18 years old before any election
• not have been convicted of a felony punishable by imprisonment in the penitentiary (or have had your civil and political rights restored)
• not currently be declared mentally incompetent through a competency hearing
• swear or affirm to "support and defend the Constitution of the U.S. and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the U.S. or the State of Alabama by unlawful means

and that the information contained herein is true, so help me God"

**Mailing address:**
　　Office of the Secretary of State
　　P.O. Box 5616
　　Montgomery, AL 36103-5616

## Alaska

**Updated: 03-01-2006**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You must provide one of the following identification numbers; Alaska Driver's License or Alaska State Identification Card Number. If you do not have an Alaska Driver's License or Alaska State Identification Card, you must provide the last four digits of your Social Security Number. If you do not have any of these identification numbers, please write "NONE" on the form. A unique identifying number will be assigned to you for voter registration purposes. This information is kept confidential. Having this information assists in maintaining your voter record and may assist in verifying your identity (Title 15 of the Alaska Statutes).

**7. Choice of Party.** You do not have to declare a party affiliation when registering to vote. If you do not choose a party, you will be registered as Undeclared. Alaska has a closed primary election system. Each recognized political party has a separate ballot listing only candidates from that political party. Voters registered as a member of a political party may only vote that party's ballot. Voters registered as undeclared or non-partisan may choose one

ballot from the ballots available.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Alaska you must:
• be a citizen of the United States
• be at least 18 years old within 90 days of completing this registration
• be a resident of Alaska
• not be a convicted felon (unless unconditionally discharged)
• not be registered to vote in another State

**Mailing address:**
　　Division of Elections
　　State of Alaska
　　PO Box 110017
　　Juneau, AK 99811-0017

## Arizona

**Updated: 03-01-2006**

**Registration Deadline —** 29 days before the election.

**6. ID Number.** Your completed voter registration form must contain the number of your Arizona driver license, or non-operating identification license issued pursuant to A.R.S. § 28-3165, if the license is current and valid. If you *do not have* a current and valid Arizona driver license or non-operating identification license, you must include the last four digits of your social security number if one has been issued to you. If you do not have a current and valid driver license or non-operating identification license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the Secretary of State.

# State Instructions

**7. Choice of Party.** If you are registered in a political party which has qualified for ballot recognition, you will be permitted to vote the primary election ballot for that party. If you are registered as an independent, no party preference or as a member of a party which is not qualified for ballot recognition, you may select and vote one primary election ballot for one of the recognized political parties.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Arizona you must:
• be a citizen of the United States
• be a resident of Arizona and your county at least 29 days preceding the next election
• be 18 years old on or before the next general election
• not have been convicted of treason or a felony (or have had your civil rights restored)
• not currently be declared an incapacitated person by a court of law

**Mailing address:**
Secretary of State/Elections
1700 W. Washington, 7th Floor
Phoenix, AZ 85007-2888

## Arkansas

**Updated: 03-01-2006**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** Optional. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Arkansas you must:
• be a citizen of the United States
• live in Arkansas at the address in Box 2 on the application
• be at least 18 years old before the next election
• not be a convicted felon (or have completely discharged your sentence or been pardoned)
• not claim the right to vote in any other jurisdiction
• not previously be adjudged mentally incompetent by a court of competent jurisdiction

**Mailing address:**
Secretary of State
Voter Services
P.O. Box 8111
Little Rock, AR 72203-8111

## California

**Updated: 03-01-2006**

**Registration Deadline —** 15 days before the election.

**6. ID Number.** When you register to vote, you must provide your California driver's license or California identification card number, if you have one. If you do not have a driver's license or ID card, you must provide the last four digits of your Social Security Number (SSN). If you do not include this information, you will be required to provide identification when you vote.

**7. Choice of Party.** Please enter the name of the political party with which you wish to register. If you do not wish to register with any party, enter "Decline to State" in the space provided.
California law allows voters who "decline to state" an affiliation with a qualified political party or who affiliate with a nonqualified political party to vote in the primary election of any qualified political party that files a notice with the Secretary of State allowing them to do so. You can call 1-800-345-VOTE or visit www.sos.ca.gov to learn which political parties are allowing nonaffiliated voters to participate in their primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in California you must:
• be a citizen of the United States
• be a resident of California
• be at least 18 years of age at the time of the next election
• not be imprisoned or on parole for the conviction of a felony
• not currently be judged mentally incompetent by a court of law
Signature is required. If you meet the requirements listed above, please sign and date the registration card in the space provided.

**Mailing address:**
Secretary of State
Elections Division
1500 11th Street
Sacramento, CA 95814

4

# State Instructions

## Colorado

Updated: 03-28-2008

**Registration Deadline** — 29 days before the election. If the application is received in the mails without a postmark, it must be received within 5 days of the close of registration.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or identification number. If you do not have a driver's license or state issued identification, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Colorado you must:
• be a citizen of the United States
• be a resident of Colorado 30 days prior to the election
• be 18 years old on or before election day
• not be confined as a prisoner or serving any part of a sentence under mandate

**Mailing address:**
Colorado Secretary of State
1700 Broadway, Suite 270
Denver, Colorado 80290

## Connecticut

Updated: 03-01-2006

**Registration Deadline** — 14 days before the election.

**6. ID Number.** Connecticut Driver's License Number, or if none, the last four digits of your Social Security Number.

**7. Choice of Party.** This is optional, but you must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Connecticut you must:
• be a citizen of the United States
• be a resident of Connecticut and of the town in which you wish to vote
• be 17 years old. You can vote when you turn 18
• have completed confinement and parole if previously convicted of a felony, and have had your voting rights restored by Registrars of Voters.
• not currently be declared mentally incompetent to vote by a court of law

**Mailing address:**
Secretary of State
Elections Division
30 Trinity Street
Hartford, CT 06106

## Delaware

Updated: 02-07-2012

**Registration Deadline** — The 4th Saturday before a primary or general election, and 10 days before a special election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Delaware you must:
• be a citizen of the United States
• be a permanent resident of Delaware
• be at least 18 years old on the date of the next general election
• felons are eligible to vote if certain requirements are met: fines and sentence completed at least five years prior to application date; felony convictions can not be disqualifying felonies, which are murder, sexual offenses, or crimes against public administration involving bribery or improper influence or abuse of office.
• not be mentally incompetent

**Mailing address:**
State of Delaware
Office of the State Election Commissioner
905 S. Governors Ave., Suite 170
Dover, DE 19904

# State Instructions

## District of Columbia

**Updated: 10-29-2003**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Federal law now requires that all voter registration applications must include either the applicant's driver's license number or the last four digits of the applicant's social security number in order to be processed.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in the District of Columbia you must:
• be a citizen of the United States
• be a District of Columbia resident at least 30 days preceding the next election
• be at least 18 years old on or preceding the next election
• not be in jail for a felony conviction
• not have been judged "mentally incompetent" by a court of law
• not claim the right to vote anywhere outside D.C.

**Mailing address:**
District of Columbia Board of Elections & Ethics
441 4th Street, NW, Suite 250
Washington, DC 20001-2745

## Florida

**Updated: 11-30-2011**

**Registration Deadline** — 29 days before the election.

**6. ID Number.** If you have one, you must provide your Florida driver's license number or Florida identification card number. If you do not have a Florida driver's license or identification card, you must provide the last four digits of your social security number. If you have not been issued any of these numbers, you must write the word "NONE."

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** You are requested, but not required, to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Florida you must:
• be a citizen of the United States
• be a legal resident of both the State of Florida and of the county in which you seek to be registered
• be 18 years old (you may pre-register if you are at least 16)
• not be adjudicated mentally incapacitated with respect to voting in Florida or any other State, or if you have, you must first have your voting rights restored.
• not be a convicted felon, or if you are, you must first have your civil rights restored if they were taken away.
• swear or affirm the following: "I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information in this application is true."

**Mailing address:**
State of Florida
Department of State
Division of Elections
The R.A. Gray Building
500 South Bronough St, Rm 316
Tallahassee, Florida 32399-0250

## Georgia

**Updated: 03-28-2008**

**Registration Deadline** — The fifth Monday before any general primary, general election, or presidential preference primary, or regularly scheduled special election pursuant to the Georgia Election Code. In the event that a special election is scheduled on a date other that those dates prescribed by the Georgia Election Code, registration would close on the 5th day after the call.

**6. ID Number.** Federal law requires you to provide your full GA Drivers License number or GA State issued ID number. If you do not have a GA Drivers License or GA ID you must provide the last 4 digits of your Social Security number. Providing your full Social Security number is optional. Your Social Security number will be kept confidential and may be used for comparison with other state agency databases for voter registration identification purposes. If you do not possess a GA Drivers License or Social Security number, a unique identifier will be provided for you.

**7. Choice of Party.** You do not have to register with a party to take part in that party's primary, caucus or convention.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Georgia you must:
• be a citizen of the United States
• be a legal resident of Georgia and of the county in which you want to vote

# State Instructions

• be 18 years old within six months after the day of registration, and be 18 years old to vote
• not be serving a sentence for having been convicted of a felony
• not have been judicially determined to be mentally incompetent, unless the disability has been removed

**Mailing address:**
Elections Division
Office of the Secretary of State
1104 West Tower
2 Martin Luther King, Jr. Dr. SE
Atlanta, GA 30334-1505

## Hawaii

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your full social security number is required. It is used to prevent fraudulent registration and voting. Failure to furnish this information will prevent acceptance of this application (Hawaii Revised Statutes, Section 11-15).
**7. Choice of Party.** A "choice of party" is not required for voter registration.
**8. Race or Ethnic Group.** Race or ethnic group information is not required for voter registration.
**9. Signature.** To register in Hawaii you must:
• be a citizen of the United States
• be a resident of the State of Hawaii
• be at least 16 years old (you must be 18 years old by election day in order to vote)

• not be incarcerated for a felony conviction
• not be adjudicated by a court as "non compos mentis"

**Mailing address:**
Office of Elections
State of Hawaii
802 Lehua Avenue
Pearl City, HI 96782

## Idaho

Updated: 03-01-2006

**Registration Deadline** — 25 days before the election.
**6. ID Number.** Enter your driver's license number. If you have no driver's license, enter the last 4 digits of your social security number.
**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Idaho you must:
• be a citizen of the United States
• have resided in Idaho and in the county for 30 days prior to the day of election
• be at least 18 years old
• not have been convicted of a felony, and without having been restored to the rights of citizenship, or confined in prison on conviction of a criminal offense

**Mailing address:**
Secretary of State
P.O. Box 83720
State Capitol Bldg.
Boise, ID 83720-0080

## Illinois

Updated: 08-14-2012

**Registration Deadline** — 28 days prior to each election.

**6. ID Number.** Your driver's license number is required to register to vote. If you do not have a driver's license, at least the last four digits of your social security number are required. If you have neither, please write "NONE" on the form. A unique identifier will be assigned to you by the State.
**7. Choice of Party.** Party registration or preference is not required for voter registration. However, when you apply for a primary ballot, you must indicate your party preference for that election.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** A signature is required. If signature is missing from registration form, you will be notified your registration is incomplete.
To register in Illinois you must:
• be a citizen of the United States
• be a resident of Illinois and of your election precinct at least 30 days before the next election
• be at least 18 years old on or before the next election
• not be in jail for a felony conviction
• not claim the right to vote anywhere else

**Mailing address:**
State Board of Elections
2329 S. MacArthur Boulevard
Springfield, IL 62704

# State Instructions

## Indiana

Updated: 03-01-2006

**Registration Deadline —** 29 days before the election.

**6. ID Number.** Your state voter ID number is your ten digit Indiana issued driver's license number. If you do not possess an Indiana driver's license then provide the last four digits of your social security number. Please indicate which number was provided. (Indiana Code 3-7-13-13)

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Indiana you must:
• be a citizen of the United States
• have resided in the precinct at least 30 days before the next election
• be at least 18 years of age on the day of the next general election
• not currently be in jail for a criminal conviction

**Mailing address:**
Election Division
Office of the Secretary of State
302 West Washington Street,
Room E-204
Indianapolis, IN 46204-2743

## Iowa

Updated: 03-28-2008

**Registration Deadline —** Must be delivered by 5 p.m. 10 days before the election, if it is a state primary or general election; 11 days before all others.* Registration forms which are postmarked 15 or more days before an election are considered on time even if received after the deadline.

*If you fail to meet the voter registration deadlines above you can register and vote by following the guidelines for election day registration. You can find these on the Iowa Secretary of State's website: www.sos.state.ia.us/pdfs/elections/EDRbrochure.pdf.

**6. ID Number.** Your ID number is your Iowa driver's license number (or Iowa non-driver identification number) if you have one, if not then the last four digits of your social security number. The ID number you provide will be verified with the Iowa Department of Transportation or the Social Security Administration.

**7. Choice of Party.** You may, but do not have to, register with a party in advance if you want to take part in that party's primary election. You may change or declare a party affiliation at the polls on primary election day.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Iowa you must:
• be a citizen of the United States
• be a resident of Iowa
• be at least 17-1/2 years old (you must be 18 to vote)
• not have been convicted of a felony (or have had your rights restored)
• not currently be judged by a court to be "incompetent to vote"
• not claim the right to vote in more than one place
• give up your right to vote in any other place

**Mailing address:**
Elections Division
Office of the Secretary of State
Lucas Building-1st Floor
321 E. 12th Street
Des Moines, IA 50319

## Kansas

Updated: 03-01-2006

**Registration Deadline —** Postmarked or delivered 15 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nondriver's identification card number. If you do not have a driver's license or nondriver's identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a nondriver's identification card or social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. The number you provide will be used for administrative purposes only and will not be disclosed to the public. (KSA 25-2309).

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Kansas you must:
• be a citizen of the United States
• be a resident of Kansas
• be 18 by the next election
• have completed the terms of your sentence if convicted of a felony; a person serving a sentence for a felony conviction is ineligible to vote
• not claim the right to vote in any other location or under any other name
• not be excluded from voting for mental incompetence by a court of competent jurisdiction

8

# State Instructions

**Mailing address:**
Secretary of State
1st Floor, Memorial Hall
120 SW 10th Ave.
Topeka, KS 66612-1594

## Kentucky

**Updated: 03-01-2006**

**Registration Deadline —** 29 days before the election.

**6. ID Number.** Your full social security number is required. It is used for administrative purposes only and is not released to the public (KRS 116.155). No person shall be denied the right to register because of failure to include social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Kentucky you must:
• be a citizen of the United States
• be a resident of Kentucky
• be a resident of the county for at least 28 days prior to the election date
• be 18 years of age on or before the next general election
• not be a convicted felon or if you have been convicted of a felony, your civil rights must have been restored by executive pardon
• not have been judged "mentally incompetent" in a court of law
• not claim the right to vote anywhere outside Kentucky

**Mailing address:**
State Board of Elections
140 Walnut Street
Frankfort, KY 40601-3240

## Louisiana

**Updated: 08-14-2012**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If the applicant has neither a Louisiana driver's license, a Louisiana special identification card, or a social security number, the applicant shall attach one of the following items to his application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of applicant. Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405).

**7. Choice of Party.** If you do not list a party affiliation, you cannot vote in the Presidential Preference Primary and party committee elections. Political party affiliation is not required for any other election.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Louisiana you must:
• be a citizen of the United States
• be a resident of Louisiana (Residence address must be address where you claim homestead exemption, if any, except for a resident in a nursing home or veteran's home who may select to use the address of the nursing home or veterans' home or the home where he has a homestead exemption. A college student may elect to use his home address or his address while away at school.)
• be at least 17 years old, and be 18 years old prior to the next election to vote
• not currently be under an order of imprisonment for conviction of a felony
• not currently be under a judgment of interdiction for mental incompetence

**Mailing address:**
Secretary of State
Attention: Voter Registration
P.O. Box 94125
Baton Rouge, LA 70804-9125

## Maine

**Updated: 08-14-2012**

**Registration Deadline —** Delivered 21 business days before the election (or a voter may register *in-person* up to and including election day).

**6. ID Number.** You must list your valid Maine driver's license number. If you don't have a valid Maine driver's license, then you must provide the last four digits of your Social Security Number. Voters who don't have either of these forms of ID must write "NONE" in this space.

# State Instructions

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention (unless otherwise permitted by a political party).

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Maine you must:
• be a citizen of the United States
• be a resident of Maine and the municipality in which you want to vote
• be at least 17 years old (you must be 18 years old to vote)

**Mailing address:**
Elections Division
Bureau of Corporations,
Elections and Commissions
101 State House Station
Augusta, ME 04333-0101

## Maryland

Updated: 06-26-2008

**Registration Deadline** — 9:00 p.m. 21 days before the election.

**6. ID Number.** If you have a current, valid Maryland driver's license or a Motor Vehicle Administration identification card, you must enter the driver's license or identification number. If you do not have a current, valid Maryland driver's license or Motor Vehicle Administration identification card, you must enter at least the last 4 digits of your social security number. However, please note, the disclosure of your full Social Security number is voluntary. The statutory authority allowing election officials to request your full Social Security number is Election Law Article, Section 3-202, Annotated Code of Maryland. The number will

be used only for registration and other administrative purposes. It will be kept confidential.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Maryland you must:
• be a U.S. citizen
• be a Maryland resident
• be at least 18 years old by the next general election
• not be under guardianship for mental disability
• not have been convicted of buying or selling votes
• not have been convicted of a felony, or if you have, you have completed serving a court ordered sentence of imprisonment, including any term of parole or probation for the conviction.

**Mailing address:**
State Board of Elections
P.O. Box 6486
Annapolis, MD 21401-0486

## Massachusetts

Updated: 03-01-2006

**Registration Deadline** — 20 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's license number to register to vote. If you do not have a current and valid Massachusetts' driver's license then you must provide the last four (4) digits of your social security number. If you have neither, you must write "NONE" in the box and a unique identifying number will be assigned to you.

**7. Choice of Party.** If you do not designate a party of political designation in this box, you will be registered as unenrolled. Unenrolled voters may participate in party primaries. However, an unenrolled voter must enroll in a party on the day of the Presidential Preference Primary in order to participate in that primary.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Massachusetts you must:
• be a citizen of the United States
• be a resident of Massachusetts
• be 18 years old on or before the next election
• not have been convicted of corrupt practices in respect to elections
• not be under guardianship with respect to voting
• not be currently incarcerated for a felony conviction

**Mailing address:**
Secretary of the Commonwealth
Elections Division, Room 1705
One Ashburton Place
Boston, MA 02108

## Michigan

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or state issued personal identification card number. If you do not have a driver's license or state issued personal identification card, you must include the last four digits of your social security number. If you

10

# State Instructions

do not have a driver's license or a state issued personal identification card or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** A "choice of party" is not required for voter registration.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Michigan you must:
• be a citizen of the United States
• be 18 years old by the next election
• be a resident of Michigan and at least a 30 day resident of your city or township by election day
• not be confined in a jail after being convicted and sentenced

*Notice:* Michigan law requires that the same address be used for voter registration and driver license purposes. Therefore, if the residence address you provide on this form differs from the address shown on a driver license or personal identification card issued by the State of Michigan, the Secretary of State will automatically change your driver license or personal identification card address to match the residence address entered on this form. If an address change is made, the Secretary of State will mail you an address update sticker for your driver license or personal identification card.

**Caution:** If you register by mail, you must vote in person at your assigned precinct the first time you vote, unless you are:

• disabled as defined by state law;
• 60 years of age or older; or
• temporarily residing overseas.

**Mailing address:**
Michigan Department of State
Bureau of Elections
P.O. Box 20126
Lansing, MI 48901-0726

## Minnesota

**Updated: 12-31-2008**

**Registration Deadline —**
Delivered by 5:00 p.m. 21 days before the election (there is also election day registration at polling places).

**6. ID Number.** You are required to provide your Minnesota driver's license or state ID number to register to Vote. If you do not have a Minnesota driver's license or state ID then you will have to provide the last four digits of your social security number. If you have neither, please write "none" on the form.

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Minnesota you must:
• be a citizen of the United States
• be a resident of Minnesota for 20 days before the next election
• maintain residence at the address given on the registration form
• be at least 18 years old on election day
• if previously convicted of a felony, your felony sentence has expired or been completed, or you have been discharged from the sentence
• not be under a court-ordered guardianship in which the right to vote has been revoked
• not be found by a court to be legally incompetent to vote.

**Mailing address:**
Secretary of State
60 Empire Drive, Suite 100
St. Paul, MN 55103-1855

## Mississippi

**Updated: 05-07-2010**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You are required to provide your current and valid driver's license number or, if you don't have one, the last four digits of your social security number.

**7. Choice of Party.** Mississippi does not have party registration. Therefore, you do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Mississippi you must:
• be a citizen of the United States
• have lived in Mississippi and in your county (and city, if applicable) 30 days before the election in which you want to vote
• be 18 years old by the time of the general election in which you want to vote
• have not been convicted of murder, rape, bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement, armed robbery, extortion, felony bad check, felony shoplifting, larceny, receiving stolen property, robbery, timber larceny, unlawful taking of a motor vehicle, statutory rape, carjacking, or bigamy, or have had your rights restored as required by law
• not have been declared mentally incompetent by a court

11

# State Instructions

*Note:* State law changed by federal court order in 1998 and by state legislation in 2000. We now accept the form as registration for voting for <u>all</u> state and federal offices.

**Mailing address:**
Secretary of State
P.O. Box 136
Jackson, MS 39205-0136

**Local county addresses:**
You also may return completed applications to the county circuit clerk/registrar where you reside. A complete list of county circuit clerk/registrars is available on Mississippi's website at <u>www.sos.ms.gov</u>.

## Missouri

Updated: 09-12-2006

**Registration Deadline —** 28 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number. Your completed voter registration form must also include the last four digits of your social security number. (Section 115.155, RSMo). If you do not have a driver's license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. Any electronic media, printouts or mailing labels provided under this section shall not include telephone numbers and social security numbers of voters. (Section 115.157, RSMo).

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To vote in Missouri you must:
• be a citizen of the United States
• be a resident of Missouri
• be at least 17-1/2 years of age (you must be 18 to vote)
• not be on probation or parole after conviction of a felony, until finally discharged from such probation or parole
• not be convicted of a felony or misdemeanor connected with the right of suffrage
• not be adjudged incapacitated by any court of law
• not be confined under a sentence of imprisonment

**Mailing address:**
Secretary of State
P.O. Box 1767
Jefferson City, MO 65102-1767

## Montana

Updated: 03-01-2006

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You must provide your Montana driver's license number. If you <u>do not have</u> a Montana driver's license number then you must list the LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER. If you have neither a driver's license, nor a social security number, please write "NONE" on the form. The state of Montana will assign to you a unique identifying number.

**7. Choice of Party.** Montana does not require party registration to participate in any election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Montana you must:
• be a citizen of the United States
• be at least 18 years old on or before the election
• be a resident of Montana and of the county in which you want to vote for at least 30 days before the next election
• not be in a penal institution for a felony conviction
• not currently be determined by a court to be of unsound mind
• meet these qualifications by the next election day if you do not currently meet them

**Mailing address:**
Secretary of State's Office
P.O. Box 202801
State Capitol
Helena, MT 59620-2801

## Nebraska

Updated: 03-01-2006

**Registration Deadline —** The third Friday before the election (or delivered by 6 p.m. on the second Friday before the election).

**6. ID Number.** You must provide your Nebraska driver's license number. If you <u>do not have</u> a Nebraska driver's license number then you must list the last four digits of your social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Nebraska you must:
• be a citizen of the United States
• be a resident of Nebraska

# State Instructions

• be at least 18 years of age or will be 18 years of age on or before the first Tuesday after the first Monday of November
• not have been convicted of a felony, or if convicted, have had your civil rights restored
• not have been officially found to be mentally incompetent

**Mailing address:**
   Nebraska Secretary of State
   Suite 2300, State Capitol Bldg.
   Lincoln, NE 68509-4608

## Nevada

**Updated: 05-07-2010**

**Registration Deadline** — The deadline for mail-in registration is the fifth Saturday before any primary or general election. In person registration remains available until 9:00 p.m. on the third Tuesday preceding any primary or general election. You may register to vote in person only by appearing at the office of the County Clerk/Registrar of Voters.

**6. ID Number.** You must supply a Nevada's Driver's License Number or Nevada ID Card Number if you have been issued one. If you do not have a Driver's License Number or Nevada ID Card Number, you must supply the last four digits of your Social Security Number. If you do not have a Social Security Number, please contact your County Clerk/Registrar of Voters to be assigned a unique identifier.
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention. If you register with a minor political party, or as a Nonpartisan you will receive

a Nonpartisan Ballot for the Primary Election.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Nevada you must:
• be a citizen of the United States
• have attained the age of 18 years on the date of the next election
• have continuously resided in the State of Nevada, in your county, at least 30 days and in your precinct at least 10 days before the next election
• have your civil rights restored if you were convicted of a felony
• not be determined by a court of law to be mentally incompetent
• claim no other place as your legal residence

**Mailing address:**
   Secretary of State
   Elections Division
   101 North Carson Street
   Suite 3
   Carson City, NV 89701-4786

Applications may be returned to the Secretary of State's office at the address above, but to avoid possible delays, you are advised to return your completed voter registration applications directly to your local county election official.

**Local county addresses:**
To meet registration deadlines, especially during the two weeks before the close of the mail-in registration deadline, return completed applications to your respective County Clerk/Registrar of Voters. A complete list of County Clerk/Registrar of Voters and registration deadlines is available on Nevada's website: www.nvsos.gov.

## New Hampshire

**Updated: 03-01-2006**

**Registration Deadline** — New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form, which must be received by your city or town clerk by 10 days before the election.

New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form. You need to fill in only Box 1 and Box 2 or 3.

The application should be mailed to your town or city clerk at your zip code. These addresses are listed on the Secretary of State web site at www.state.nh.us/sos/clerks.htm

It should be mailed in plenty of time for your town or city clerk to mail you their own form and for you to return that form to them by 10 days before the election.

## New Jersey

**Updated: 03-28-2008**

**Registration Deadline** — 21 days before the election.

**6. ID Number.** The last four digits of your Social Security number OR your New Jersey Driver's License number is required for voter registration. If you do not possess either of these identifications, please write "NONE" on the form. The State will assign a number that will serve to identify you for voter registration purposes.

# State Instructions

**7. Choice of Party.** New Jersey's voter registration form does not provide a check-off for political party affiliation. A newly registered voter or voter who has never voted in a political party primary election can declare party affiliation at the polling place on the day of a primary election. In New Jersey, a primary election is only held for the Democratic and Republican parties. A voter may also file a political party declaration form to become a member of a political party. If a declared voter wished to change party affiliation he or she must file a declaration form 50 days before the primary election, in order to vote.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New Jersey you must:
• be a citizen of the United States
• be at least 18 years of age by the time of the next election
• be a resident of this State and county at your address at least 30 days before the next election
• not be serving a sentence or on parole or probation as the result of a conviction of any indictable offense under the laws of this or another state or of the United States

**Mailing address:**
New Jersey Department of Law and Public Safety
Division of Elections
PO BOX 304
Trenton, NJ 08625-0304

## New Mexico

**Updated: 03-01-2006**

**Registration Deadline —** 28 days before the election.

**6. ID Number.** Your full social security number is required. This registration card containing your social security number will become part of the permanent voter registration records of your locality, which are open to inspection by the public in the office of the county clerk. However, your social security number and date of birth will remain confidential and will not be disclosed to the public. Computerized listings of limited voter registration information (without social security number or birth date) are available to the general public, and are furnished upon request to incumbent election officeholders, candidates, political parties, courts and non-profit organizations promoting voter participation and registration, for political purposes only (§1-5-19B, NMSA 1978).

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New Mexico you must:
• be a citizen of the United States
• be a resident of the State of New Mexico
• be 18 years of age at the time of the next election
• not have been denied the right to vote by a court of law by reason of mental incapacity and, if I have been convicted of a felony, I have completed all conditions of probation or parole, served the entirety of a sentence or have been granted a pardon by the Governor.

**Mailing address:**
Bureau of Elections
325 Don Gaspar, Suite 300
Santa Fe, NM 87503

## New York

**Updated: 03-01-2006**

**Registration Deadline —** 25 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will be assigned to you by your State.

**7. Choice of Party.** You must enroll with a party if you want to vote in that party's primary election or caucus.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New York you must:
• be a citizen of the United States
• be a resident of the county, or of the City of New York, at least 30 days before an election
• be 18 years old by December 31 of the year in which you file this form (*Note:* You must be 18 years old by the date of the general, primary, or other election in which you want to vote)
• not be in jail or on parole for a felony conviction
• not currently be judged incompetent by order of a court of competent judicial authority
• not claim the right to vote elsewhere

**Mailing address:**
NYS Board of Elections
40 Steuben Street
Albany, NY 12207-2108

14

# State Instructions

## North Carolina

Updated: 03-01-2006

**Registration Deadline —** Postmarked 25 days before the election or received in the elections office or designated voter registration agency site by 5:00 p.m. 25 days before the election.

**6. ID Number.** Provide your North Carolina driver's license number, or North Carolina Department of Motor Vehicles ID number. If you do not have a driver's license, then list the last four digits of your social security number.

**7. Choice of Party.** You must register with a party to vote in that party's primary unless that party allows unaffiliated voters to vote in its primary. If you indicate a political party that is not a qualified party, or indicate no party, you will be listed as "Unaffiliated".

**8. Race or Ethnic Group.** You are required to fill in this box. However, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in North Carolina you must:
• be a citizen of the United States
• be a resident of North Carolina and the county in which you live for at least 30 days prior to the election
• be 18 years of age by the day of the next general election
• have your rights of citizenship restored if you have been convicted of a felony
• not be registered or vote in any other county or state

**Mailing address:**
State Board of Elections
P.O. Box 27255
Raleigh, NC 27611-7255

## North Dakota

Updated: 03-01-2006

North Dakota does not have voter registration.

## Ohio

Updated: 03-01-2006

**Registration Deadline —** 30 days before the election.

**6. ID Number.** Your social security number is requested. Providing this number is voluntary. This information allows the Board of Elections to verify your registration if necessary (O.R.C. 3503.14). [Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you don't have either number you will have to write "NONE" on the form and the State will assign you a number.]

**7. Choice of Party.** You do not register with a party if you want to take part in that party's primary election. Party affiliation is established by voting at a primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Ohio you must:
• be a citizen of the United States
• be a resident of Ohio
• be 18 years old on or before election day. If you will be 18 on or before the day of the general election, you may vote in the primary election for candidates only.
• not be convicted of a felony and currently incarcerated
• not be found incompetent by a court for purposes of voting

**Mailing address:**
Secretary of State of Ohio
Elections Division
180 E. Broad Street — 15th Floor
Columbus, OH 43215

## Oklahoma

Updated: 10-29-2003

**Registration Deadline —** 25 days before the election.

**6. ID Number.** The last four digits of your social security number are required. (Oklahoma Title 26, Section 4-112) In addition, your Oklahoma driver's license number is requested.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Oklahoma you must:
• be a citizen of the United States and a resident of the State of Oklahoma
• be 18 years old on or before the date of the next election
• have not been convicted of a felony, for which a period of time equal to the original sentence has not expired, or for which you have not been pardoned
• not now be under judgment as an incapacitated person, or a partially incapacitated person prohibited from registering to vote

**Mailing address:**
Oklahoma State Election Board
Box 528800
Oklahoma City, OK 73152-8800

# State Instructions

## Oregon

Updated: 03-01-2006

**Registration Deadline** — 21 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, you will need to write "NONE" on the form. A unique identifying number will instead be assigned to you by your State.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Oregon you must:
• be a citizen of the United States
• be a resident of Oregon
• be at least 18 years old by election day

**Mailing address:**
Secretary of State
Elections Division
141 State Capitol
Salem, OR 97310-0722

## Pennsylvania

Updated: 03-01-2006

**Registration Deadline** — 30 days before an election or primary.

**6. ID Number.** You must supply a Driver's License Number, if you have one. If you do not have a Driver's License Number, you must supply the last four digits of your social Security Number. If you do not have a Social Security Number, please write "NONE" in the box.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Pennsylvania you must:
• be a citizen of the United States at least one month before the next election
• be a resident of Pennsylvania and your election district at least 30 days before the election
• be at least 18 years of age on the day of the next election

**Mailing address:**
Office of the Secretary of the Commonwealth
210 North Office Bldg.
Harrisburg, PA 17120-0029

## Rhode Island

Updated: 03-28-2008

**Registration Deadline** — 30 days before the election.

**6. ID Number.** The applicant shall be required to provide his/her Rhode Island driver's license number if the applicant has been issued a current and valid Rhode Island driver's license. In the case of an applicant who has not been issued a current and valid driver's license he/she must provide the last four (4) digits of his/her social security number. An applicant, who has neither, will be assigned a unique identifying number by the State of Rhode Island.

**7. Choice of Party.** In Rhode Island, a person must register with a party if he/she wishes to take part in that party's primary election. A person who fails to register with a party at the time of registration may, if he/she chooses, register with a party on the day of that party's primary and take part in that party's primary election. If a person does not register with a party, he/she can still vote in general elections and non-partisan primary elections.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Rhode Island you must:
• be a citizen of the United States
• be a resident of Rhode Island for 30 days preceding the next election
• be 18 years old by election day
• not be currently incarcerated in a correctional facility due to a felony conviction
• not have been lawfully judged to be mentally incompetent

**Mailing address:**
Rhode Island State Board of Elections
50 Branch Ave.
Providence, RI 02904-2790

## South Carolina

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your full social security number is required. It is required by the South Carolina Code of Laws and is used for internal purposes only. Social security number does not appear on any report produced by the State Election Commission nor is it released to any unauthorized

# State Instructions

individual. (South Carolina Title 7-5-170)

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** You are required to fill in this box. Your application may be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in South Carolina you must:
• be a citizen of the United States
• be at least 18 years old on or before the next election
• be a resident of South Carolina, your county and precinct
• not be confined in any public prison resulting from a conviction of a crime
• never have been convicted of a felony or offense against the election laws, or if previously convicted, have served your entire sentence, including probation or parole, or have received a pardon for the conviction
• not be under a court order declaring you mentally incompetent
• claim the address on the application as your only legal place of residence and claim no other place as your legal residence

**Mailing address:**
State Election Commission
P.O. Box 5987
Columbia, SC 29250-5987

## South Dakota

**Updated: 03-01-2006**

**Registration Deadline** — Received 15 days before the election.

**6. ID Number.** Your driver's license number is requested. If you do not have a valid driver's license, you must provide the last four digits of your social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in South Dakota you must:
• be a citizen of the United States
• reside in South Dakota
• be 18 years old by the next election
• not be currently serving a sentence for a felony conviction which included imprisonment, served or suspended, in an adult penitentiary system
• not have been adjudged mentally incompetent by a court

**Mailing address:**
Elections, Secretary of State
500 E. Capitol
Pierre, SD 57501-5070

## Tennessee

**Updated: 03-01-2006**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your full social security number is required. Social security number, if any, is required for purposes of identification and to avoid duplicate registration (TCA 2.2.116).

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Optional.

**9. Signature.** To register in Tennessee you must:
• be a citizen of the United States
• be a resident of Tennessee
• be at least 18 years old on or before the next election
• not have been convicted of a felony, or if convicted, have had your full rights of citizenship restored (or have received a pardon)
• not be adjudicated incompetent by a court of competent jurisdiction (or have been restored to legal capacity)

**Mailing address:**
Coordinator of Elections
Tennessee Tower, Ninth Floor
312 Eighth Avenue, North
Nashville, TN 37243

## Texas

**Updated: 03-01-2006**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You must provide your driver's license number to register to vote. If you do not have a driver's license then you have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will instead be assigned to you by your State.

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Texas you must:
• be a citizen of the United States

# State Instructions

- be a resident of the county in which the application for registration is made
- be at least 17 years and 10 months old (you must be 18 to vote)
- not be finally convicted of a felony, or if a convicted felon, you must have fully discharged your punishment, including any incarceration, parole, supervision, period of probation or be pardoned.
- have not been declared mentally incompetent by final judgment of a court of law

**Mailing address:**
Office of the Secretary of State
Elections Division
P.O. Box 12060
Austin, TX 78711-2060

## Utah

Updated: 03-28-2008

**Registration Deadline** — 30 days before the election for mail-in applications; 15 days before the election for walk-in registrations at the county clerk's office.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** Declaring a party is not required in order to register to vote. However, Utah's election law allows each political party to choose whom it will allow to vote in its primary election. If you do not affiliate with a party, you may be restricted from voting in the primary.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Utah you must:
- be a citizen of the United States
- have resided in Utah for 30 days immediately before the next election
- be at least 18 years old on or before the next election
- not be a convicted felon currently incarcerated for commission of a felony
- not be convicted of treason or crime against the elective franchise, unless restored to civil rights
- not be found to be mentally incompetent by a court of law

**Mailing address:**
Office of the Lieutenant Governor
P.O. Box 142325
Salt Lake City, UT 84114

## Vermont

Updated: 07-29-2008

**Registration Deadline** — Delivered to the town clerk before 5:00 PM on the Wednesday before the election.

**6. ID Number.** You must provide your Vermont Driver's license number, or if none, the last 4 digits of your Social Security number. If you do not have a Vermont Driver's license or a Social Security number, please write "NONE" on the form. The Secretary of State's office will assign you a unique identifying number.

**7. Choice of Party.** Vermont does not require party registration to participate in any election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Vermont you must:
- be a citizen of the United States
- be a resident of Vermont
- be 18 years of age on or before election day
- have taken the following Oath: You solemnly swear (or affirm) that whenever you give your vote or suffrage, touching any matter that concerns the state of Vermont, you will do it so as in your conscience you shall judge will most conduce to the best good of the same, as established by the Constitution, without fear or favor of any person [Voter's Oath, Vermont Constitution, Chapter II, Section 42]

By signing in Box 9, you are attesting that you have sworn or affirmed the Vermont voter's oath as printed above.

**Mailing address:**
Office of the Secretary of State
Director of Elections
26 Terrace Street
Montpelier, VT 05609-1101

## Virginia

Updated: 11-30-2011

**Registration Deadline** — Delivered 22 days before the election.

**6. ID Number.** Your full social security number is required. Your social security number will appear on reports produced only for official use by voter registration and election officials and, for jury selection purposes, by courts.

18

# State Instructions

Article II, §2, Constitution of Virginia (1971).

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Virginia you must:
• be a citizen of the United States
• be a resident of Virginia and of the precinct in which you want to vote
• be 18 years old by the next May or November general election
• not have been convicted of a felony, or have had your civil rights restored
• not currently be declared mentally incompetent by a court of law

**Mailing address:**
Virginia State Board of Elections
1100 Bank Street, 1st floor
Richmond, VA 23219

## Washington

**Updated: 10-29-2003**

**Registration Deadline —** 30 days before the election (or delivered in-person to the local voter registration office 15 days before the election).

**6. ID Number.** You must provide your driver's license number. If you do not have a Washington driver's license, you must provide the last four digits of your Social Security Number. Failure to provide this information may prevent your registration from being processed.

**7. Choice of Party.** You are not required to designate your party affiliation to register in Washington.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Washington you must:
• be a citizen of the United States
• be a legal resident of Washington State, your county and precinct for 30 days immediately preceding the election in which you want to vote
• be at least 18 years old by election day
• not be convicted of infamous crime, unless restored to civil rights

**Mailing address:**
Secretary of State
Voter Registration by Mail
P.O. Box 40230
Olympia, WA 98504-0230

## West Virginia

**Updated: 09-12-2006**

**Registration Deadline —** 21 days before the election.

**6. ID Number.** Enter your driver's license number. If you do not have a driver's license number, enter the last four numbers of your social security number. If you do not have a driver's license number or a social security number, an identification number will be assigned to you.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention (unless you request the ballot of a party which allows independents to vote)

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in West Virginia you must:
• be a citizen of the United States

• live in West Virginia at the above address
• be 18 years old, or to vote in the primary be 17 years old and turning 18 before the general election
• not be under conviction, probation, or parole for a felony, treason or election bribery
• not have been judged "mentally incompetent" in a court of competent jurisdiction

**Mailing address:**
Secretary of State
Building 1, Suite 157-K
1900 Kanawha Blvd. East
Charleston, WV 25305-0770

## Wisconsin

**Updated: 09-12-2006**

**Registration Deadline —** Twenty (20) days before the election (or completed in the local voter registration office up to 5:00 pm. 1 day before the election, or completed at the polling place on election day).

**6. ID Number.** Provide your driver's license number, if you have no current and valid driver's license, the last 4 digits of your social security number or DOT-issued ID card number.

**7. Choice of Party.** Not required.

**8. Race or Ethnic Group.** Not required.

**9. Signature.** To register in Wisconsin you must:
• be a citizen of the United States
• be a resident of Wisconsin for at least 10 days
• be 18 years old
• not have been convicted of treason, felony or bribery, or if you have, your civil rights have been restored

# State Instructions

• not have been found by a court to be incapable of understanding the objective of the electoral process
• not make or benefit from a bet or wage depending on the result of an election
• not have voted at any other location, if registering on election day

**Mailing address:**
State Elections Board
17 West Main Street, Suite 310
P.O. Box 2973
Madison, WI 53701-2973

## Wyoming

**Updated: 03-01-2006**

Wyoming by law, cannot accept this form unless State law is changed.