Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| Judd et al | ) | case 12-cv-1507 |
| v | ) | Honorable Judge Carter Presiding |
| Obama et al | ) | |

Notice of summons being served again on following defendants

1. Secretary of State of CA Debra Bowen served by a professional delivery service DDS both at the office of Secretary of State and through the Attorney General
2. Registrar of the department of Health Alvin Onaka was served by a process server at the Department of Health and through the office of the Attorney General of Hawaii
3. Brian Schatz, LT Governor of Hawaii and former Chairman of the Democratic Party of Hawaii was served at his office, Office of LT Governor and through the Attorney General of Hawaii
4. Lynn Matusow, secretary of Democratic party of Hawaii was served by a process server at the headquarters of the Democratic Party of Hawaii
5. Respectfully submitted,

/s/ Dr. Orly Taitz, ESQ

10.10.2012

## CERTIFICATE OF SERVICE

I Lila Dubert, over 18 years old, not a party to this case and attest that all parties to this case were served with attached pleadings on 10.10.2012 via first class mail or electronic mail.

/s/ Lila Dubert

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ALVIN T. ONAKA
was received by me on *(date)*  9/29/2012 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  KENDALL J. MOSER , who is
designated by law to accept service of process on behalf of *(name of organization)*  ATTORNEY GENERAL
OF THE STATE OF HAWAII  on *(date)*  10/8/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  10/8/2012

*Server's signature*

LAWRENCE B. FENTON
*Printed name and title*

1419 DOMINIS ST. APT. 1206 HONOLULU, HI 96822
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALVIN T. ONAKA
was received by me on *(date)* 9/29/2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AUDREY GIBO, who is designated by law to accept service of process on behalf of *(name of organization)* HAWAII STATE DEPARTMENT OF HEALTH on *(date)* 10/8/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/8/2012

_____
Server's signature

LAWRENCE B. FENTON
Printed name and title

1414 DOMINIS ST. APT. 1206 HONOLULU HI 96822
Server's address

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

I, Larry Fenton, am over 18 years old, not a party to this case, and I attest that on October 8, 2012, I served the summons with the above pleadings for __BRIAN SCHATZ__ to __YVONNE M. RINO__, who is designated by law to accept service of process on behalf of __LIEUTENANT GOVERNOR of the STATE of HAWAII__.

*Larry Fenton*

## CERTIFICATE OF SERVICE

I, Larry Fenton, am over 18 years old, not a party to this case, and I attest that on October 8, 2012, I served the summons with the above pleadings for _ALVIN T. ONAKA_ to _KENDALL J. MOSER_, who is designated by law to accept service of process on behalf of _ATTORNEY GENERAL - STATE OF HAWAII_.

*Larry Fenton*

## CERTIFICATE OF SERVICE

I, Larry Fenton, am over 18 years old, not a party to this case, and I attest that on October 8, 2012, I served the summons with the above pleadings for **LYNN MATUSOW** to **JASON KAMALU**, who is designated by law to accept service of process on behalf of **DEMOCRAT PARTY - STATE OF HAWAII**.

_Larry Fenton_



Orly Taitz< orly.taitz@gmail.com>

## Order 2398749.01, Ref: JUDD v BARACK OBAMA Status Update
1 message

**DDS Customer Service**< customerservice@ddslegal.com>  Wed, Oct 10, 2012 at 10:47 AM
To: Orly.taitz@gmail.com

As requested, this email has been sent to:

Thank you for trusting DDS to handle your assignment.

We are keeping you informed of our diligent efforts to complete your assignment.

Order #2398749.01 has been updated as follows:

Ordered by: Orly Taitz

Billing Reference: JUDD v BARACK OBAMA

Destination
----------
DEBRA BOWEN, in her capacity of California
Secretary of State
C/O ATTORNEY GENERAL
1500 11th St FLOOR  SECRETARY  OF  STATE
Sacramento CA 95814

Attempts:
10/09/12   04:10 PM SERVED, JENNY LOPEZ -
DEPUTY AGENT AUTHORIZED TO RECEIVE HISPANIC
FEMALE 40YRS 5'4" 140LBS. BROWN HAIR
SERVER UMARAN BATH

Case Number: SACV121507JSTJPRX

Case Name: JUDD v BARACK OBAMA

Hearing Date:

Documents
---------
SUMMONS
FIRST AMENDED COMPLAINT
AFFIDAVIT OF ELECTIONS CHALLENGE UNDER ELECTIONS CODE 16100,
16101, 16420-16421



Orly Taitz< orly.taitz@gmail.com>

# Order 2398775, Ref: JUDD v BARACK OBAMA Status Update
1 message

**DDS Customer Service**< customerservice@ddslegal.com>   Mon, Oct 8, 2012 at 4:07 PM
To: Orly.taitz@gmail.com

As requested, this email has been sent to:
Orly.taitz@gmail.com

Thank you for trusting DDS to handle your assignment.

We are keeping you informed of our diligent efforts to complete your assignment.

Order #2398775 has been updated as follows:

Ordered by: Orly Taitz

Billing Reference: JUDD v BARACK OBAMA

Destination
----------
DEBRA BOWEN, in her capacity of California
Secretary of State
C/O SECRETARY OF STATE
300 S Spring St 1ST FLOOR ATTORNEYS GENERAL
Los Angeles CA 90013


Attempts:
10/08/12   03:58 PM SUBJECT NOT IN
SUB-SERVED ROSE "DOE" RECEPTIONIST PACIFIC
ISLANDER FEMALE 45YRS 5'2" 130LBS. BLACK
HAIR


Case Number: SACV121507JSTJPRX

Case Name: JUDD v BARACK OBAMA

Hearing Date:

Documents
----------
SUMMONS
FIRST AMENDED COMPLAINT
AFFIDAVIT OF ELECTIONS CHALLENGE UNDER ELECTIONS CODE 16100,
16101, 16420-16421

If you have any changes or new information to help us complete this assignment, please contact us at customerservice@ddslegal.com or call 888-512-9990.

Quick, Easy Online ordering and tracking at www.ddslegal.com - Request a login today!

Thank you for choosing DDS.

--
This message has been scanned for viruses and dangerous content by MailScanner, and is believed to be clean.



Orly Taitz< orly.taitz@gmail.com>

## Auto-Email RE: Dr. Orly Taitz, Esq. (United States of America, by serving Department of Justice )

1 message

**info@samedayprocess.com**< info@samedayprocess.com>  Tue, Oct 9, 2012 at 12:14 PM
To: orly.taitz@gmail.com

Automated Message Regarding: United States of America, by serving Department of Justice
Your Reference#: Dr. Orly Taitz, Esq.
Our Job#: 62302
Dr. Orly Taitz, Esq., et al
v.
Elections Commission, et al

Recipient: United States of America, by serving Department of Justice

Date Completed: 10/09/2012 - Time Completed: 1:16 PM - Manner: GOV AGENCY

Person Left With: DONNA WHITLEY - Title/Relation (If Applicable): Authorized Agent - Manner: GOV AGENCY

Description Of Person:
Sex:Female
Skin/Race: Brown
Hair: Black
Age: 36
Height: 5"4"-5"8"
Weight: Over 200 lbs

Completion Address:
950 Pennsylvania Ave., NW


Washington, DC 20530

Comments/Notes: