| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| John F. Krattli, County Counsel<br>Brandi M. Moore, Senior Deputy County Counsel<br>(SBN 221519) bmoore@counsel.lacounty.gov<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, California 90012-2713<br>Telephone: (213) 974-1832  Fax: (213) 617-7182<br>ATTORNEYS FOR: Defendant Dean C. Logan in his capacity as Los Angeles County Registrar-Recorder/County Clerk | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Keith Judd, Orly Taitz, Thomas G. Marcleran, Leah Lax, David Farrar, Larry Rappaport, Lucian Vita and Carol Vita<br>Plaintiff(s),<br>v.<br>Barack Obama, et al.<br>Defendant(s) | CASE NUMBER: SACV12-01507-DOC (ANx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  **Defendant Dean C. Logan**
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

                    **PARTY**                                                                   **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Dean C. Logan, Los County Registrar-Recorder/County Clerk            Defendant


   October 10, 2012                             /s/ BRANDI M. MOORE
   Date                                          Sign


                                                Brandi M. Moore
                                    Attorney of record for or party appearing in pro per

CV-30 (04/10)                          NOTICE OF INTERESTED PARTIES