Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| Judd et al | ) | case 12-cv-1507 |
| v | ) | Honorable Judge Carter Presiding |
| Obama et al | ) | |

**NOTICE OF DEFAULT**

Defendant Obama was served with this legal action on 09.11.2012. Defendant Obama was sued as a private individual, as a candidate for office. He was served both at his residence and a courtesy service was made through the U.S. Attorney's office.(exhibit 1)

In a Meet and Conger with the Assistant U.S. Attorney David DeJute and Roger West, U.S. attorneys confirmed that the U.S. Attorney's office will not be representing defendant Obama in this case, as he is being sued as an individual, a candidate for office and not as a federal employee. Assistant U.S. Attorneys advised undersigned attorney the Defendant Obama will have to hire his own private attorney. Since Obama was sued as an individual, he was obligated to file an answer within 21 days from the day of service, which means that he had to file

an answer by October 2nd. Defendant Obama did not file any answer for 34 days, therefore he is in default for 13 days.

Notice of default is issued herein

Respectfully submitted  /s/ Taitz

Dr. Orly Taitz ESQ,

Counsel for Plaintiffs

I, Lila Dubert, am not a party to this case and attest that a copy of attached Notice of Default was served on all the parties in this case listed on the distribution list on 10.15.2012 via first class mail and/or electronic mail

Lila Dubert

10.15.2012

**DISTRIBUTION LIST**

Alvin Onaka,
Registrar of the Department of Health
State of HI
c/o Jill Nagamine
Deputy Attorney General of HI
425 Queen Street
Honolulu, Hi 96813

Secretary of State of NH
Ballot Law Commission NH
c/o Lynn-Marie Cusack
Deputy Attorney General of NH
33 Capitol Str
Concord, NH 03301

Secretary of State of GA
c/o Sam Olens
Attorney General of Georgia
40 Capitol Squere SW
Atlanta, Ga 30334

Secretary of State of West Virginia
c/o Doren Burrell
Deputy Attorney General of West Virginia
State Capitol Complex
Building #1 Room E-26
Charleston, WV 25305

Barack Hussein Obama
1600 Pennsylvania Ave
Washington, DC

Judd v Obama Notice of Default of Defendant Obama                 2

1  
2  Elizabeth Emken
   PO.Box 81
3  Danville, Ca94526

4  Diane Fenstein
   One Post Str ste 2450
   San Francisco,Ca 94104

5  Secretary of State of CA
   c/o Attorney General Kamala Harris
6  PO.Box. 944255
   Sacramento,Ca 94244-2550

7  
   Dean Logan
8  Registrar of Los Angeles County
   12400 Imperial H-way
9  Norwalk,Ca 90650

   Clear Chanel Communications
10 KFI AM 640
   John and Ken show
11 John Kobelt
   200 East Basse Rd
12 San Antonio Tx 78209

13 CNN
   PO.Box.105366
   One CNN Center
14 Atlanta,Ga 30348

15 Obama for America
   c/o Kip Weiscott
16 Attorney for "Obama for America"
   Po. Box.803638
17 Chicago , IL60680

18 Alice Germond-Secretary
   Democratic National Committee;
   Nancy Pelosi Chairwoman of the 2008
19 National Democratic Convention
   430 S Capitol str
20 SE. Washington, DC 20003

21 Brian Schatz
   Lynn Matusow
22 Democratic Party of HI
   1050 Ala Moana Blv.Ste D26
23 Honolulu, HI 96814

   Chris Mathews;
24 MSNBC
   30 Rockefeller Plaza
25 New York, Ny 10112

26 Kevin Underhill;
   Forbes Magazine
27 90 5th Ave
   New York, Ny 10011

28 
   John Avlon;

Judd v Obama Notice of Default of Defendant Obama        3

1  Daily Beast CCC
   7 Hanover SQ
2  New York, NY 10004

3  Board of Directors of the California Republican Party
   1215 K Street ste 1220
   Sacramento, Ca 95814
4

   Michael Astrue –Commissioner of Social Security
5  Patrick Donahoe-Postmaster General
   William Chatfield- former Director of Selective Service
6  Eric Holder-Attorney General of the United States
   Janet Napolitano-Director of Homeland Security
7  Judge Clay D. Land
   c/o U.S. Attorney for the Central District of California
8  411 W 4th street
   Santa Ana CA 92701

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Name & Address:
Dr. Orly Taitz, ESQ
29839 Santa Margarita ste 100
Rancho Santa Margarita, CA 92688
Phone 949-683-4311 fax 949-766-7603

RECEIVED
SEP 11, 2012
U.S. ATTORNEY
SANTA ANA

SM
Stephanie
Mavnw

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Keith Judd,
Orly Taitz,
Thomas G. MacLeran,
see attached

PLAINTIFF(S)

v.

Barack Obama,
in his capacity as a candidate on the ballot for the US President in 2012 election
See attached

DEFENDANT(S).

CASE NUMBER

SACV12-1507 JST/JPR

SUMMONS

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Orly Taitz, ESQ_____, whose address is _29839 Santa Margarita ste 100, Rancho Santa Margarita, CA 92688_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 09.11.2012                By: DODJIE LAGMAN
                                    Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)                   SUMMONS